UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,              Case No. 3:24-cr-187(S1)-WWB-LLL

      Plaintiff,              ☐
      Government              ☒              ☒ Evidentiary
                                          ☐ Trial
                                          ☐ Other

   v.

FREDERICK KARL HILDENBRAND

      Defendant              ☐

## **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | ~~Witness~~ | Description of Exhibit |
|---|---|---|---|---|
| 1 | 1/14/26 | 1/14/26 | *Exhibit Sealed* | Interview of Erin Hildenbrand on August 5, 2024 |
| 1a | 1/14/26 | 1/14/26 | Exhibit Sealed | Transcript of Exhibit 1 |
| 2 | 1/14/26 | 1/14/26 | Exhibit Sealed | Interview of Erin Hildenbrand on September 12, 2024 |
| 2a | 1/14/26 | 1/14/26 | Exhibit Sealed | Transcript of Exhibit 2 |
| 3 | 1/14/26 | 1/14/26 | | Controlled call on July 26, 2024 |
| 4 | 1/14/26 | 1/14/26 | | Controlled call on July 31, 2024 |
| 5 | 1/14/26 | 1/14/26 | | Controlled call on August 4, 2024 |
| 6 | 1/14/26 | 1/14/26 | | Consent to search form |
| 7 | 1/14/26 | 1/14/26 | | Transcript of Erin Hildenbrand's 11/25/25 Competency Hearing |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |