**U.S. District Court**
**Middle District of Florida**
**Jacksonville Division**

471

# GOVERNMENT EXHIBIT

## Exhibit No.:_____3_____

Case No.: 3:24-cr-187(S1)-WWB-LLL

UNITED STATES OF AMERICA

vs.

FREDERICK KARL HILDENBRAND

Date Identified:___1/14/26___

Date Admitted: 1/14/26

# GOVERNMENT EXHIBIT 3:

# NOT SCANNED- DISC