# U.S. District Court
## Middle District of Florida
## Jacksonville Division

# GOVERNMENT EXHIBIT

# Exhibit No.:_____4_____

Case No.: 3:24-cr-187(S1)-WWB-LLL

UNITED STATES OF AMERICA

vs.

FREDERICK KARL HILDENBRAND

Date Identified:_____1/14/26_____

Date Admitted:____1/14/26____

# GOVERNMENT EXHIBIT 4:

# NOT SCANNED- DISC