UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.  3:24-cr-187-WWB-LLL-1

v.

FREDERICK HILDENBRAND

_____/

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 1/14/26 | 1/14/26 | | Affidavit of Judit Shimko |
| 2 | 1/14/26 | 1/14/26 | | Affidavit of Thomas Shimko, Jr. |
| 3 | 1/14/26 | 1/14/26 | | Affidavit of Thomas Shimko |
| 4 | 1/14/26 | 1/14/26 | | Affidavit of Kathleen Shimko |
| 5 | 1/14/26 | 1/14/26 | | HSI Cover Letter with Subpoena to Stark County Clerk of Courts of 5/22/2024 |
| 6 | 1/14/26 | 1/14/26 | | HSI Cover Letter with Subpoena to Stark County Clerk of Courts of 6/4/2024 |
| 7 | 1/14/26 | 1/14/26 | | Wechsler Individual Achievement Test (WIAT) of 2/3/1999 |
| 8 | 1/14/26 | 1/14/26 | | Peabody Picture Vocabulary Test (PPVT-III) of 2/3/1999 |

| 9 | 1/14/26 | 1/14/26 | | Wechsler Adult Intelligence Scale – Third Edition (WAIS III) Summary Report of 2/3/2000 |
|---|---|---|---|---|
| 10 | 1/14/26 | 1/14/26 | | Dr. Janice Wilmoth, PhD, PsyD Competency Report, Erin Hildenbrand, of 4/26/2025 |

Respectfully submitted,

KORODY LAW, PA

PATRICK K. KORODY, ESQUIRE
Florida Bar No. : 0107361
630 W. Adams Street, Ste 208
Jacksonville, FL 32204
Telephone: (904) 383-7261
Facsimile:  (904) 204-9548
Email: patrick@korodylaw.com
Attorney for Defendant