**U.S. District Court**
**Middle District of Florida**

## DEFENDANT'S EXHIBIT

**Exhibit Number:**

1

**Case Number:**

3:24-cr-187(S1)-WWB-LLL

USA

v.

Frederick Hildenbrand

**Date Identified:**
1/14/26

**Date Admitted:**
1/14/26

IN THE COURT OF COMMON PLEAS

FAMILY DIVISION

STARK COUNTY, OHIO

2009 NOV 24 PM 1:49

IN THE MATTER OF:

Baby Boy Hildebrand,
(D.O.B. April 2009)

Thomas and Judit Shimko,

Petitioners-Maternal Uncle and Aunt

vs.

Frederick and Erin Hildebrand,

Petitioners-Parents.

CASE NO. 2009 JCV 0149

JUDGE: SHUCK

**AFFIDAVIT OF JUDIT SHIMKO**

oOo

*****************************************************************

STATE OF OHIO    )
                 )  SS:
COUNTY OF STARK  )

Mrs. Judit Shimko being first duly deposed and sworn, states that:

1. I am the maternal Aunt of Baby Boy Hildebrand, whose name is believed to be Jason Frederick Hildebrand, and his D.O.B. is approximately April 2009.

2. I reside at 3357 Concord Drive, Brunswick, Ohio 44212.

3. Since this child was born, Frederick and Erin Hildebrand have hidden his identity from our family.

4. The child's mother is my sister-in-law, Erin Lynn Hildenbrand. Paternity may have not been established for this child.

5. The child's mother has mental and/or physical

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS LAW, LLC

116 CLEVELAND AVE. N W
CHANDLERCENTER BLDG
SUITE 650
CANTON OHIO 44702-1724
PH 330-453-7514
FX 330-453-7884
Mail@oberholzerandryan.com

ENTERED BY 15

002560

disabilities which limit her abilities to properly care for this child without my involvement. Mother is learning disabled, having second grade skills and receives services from Stark County MR/DD.

6. Our family has attempted to have contact/communication with this child, but the child's Father, Frederick Hildebrand has brainwashed my sister-in-law, Erin, and made her turn against her family.

7. Pursuant to Magistrate Pat Menicos' <u>Magistrate's Order</u> dated September 30, 2009, my Mother and Father-in-law were awarded legal custody of Baby Boy Hildebrand's siblings, namely Jennifer L. Hildenbrand, (D.O.B. 03-17-05), and Jasmine A. Hildenbrand, (D.O.B. 02-28-07) (Stark County Juvenile Case number 2008JCV00724). Because this child was not yet born at the time that my in-laws filed their <u>Complaint for Custody</u> of Jennifer and Jasmine, this minor child was not included in their custody case.

8. To the best of my knowledge, belief and understanding, the parents of Baby Boy Hildebrand are unfit and/or unsuitable to raise the minor child.

9. I love my nephew, and I pray that this Honorable Court grant my husband and I legal custody, so that he can grow up in a clean, healthy environment, and get to know his family.

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, L.L.C.

116 CLEVELAND AVE. N.W.
COURTYARD CENTRE BLDG.
SUITE 650
CANTON, OHIO 44702-1724
PH 330-451-7874
FX 330-451-7884

002561

_____
JUDIT SHIMKO

STATE OF OHIO       )
                    )  SS:
STARK COUNTY        )

BEFORE ME, a Notary Public in and for said State, personally appeared the above named person who acknowledged that she did sign the foregoing instrument and that the same is her free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Canton, Ohio, this 18 day of Nov, 2009.

Andrea M. Williamson
Notary Public



ANDREA M. WILLIAMSON
Notary Public, State of Ohio
My Commission Expires 01-21-2014

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW LLC

1 & CLEVELAND AVE. N W.
CANTY MID-CENTRE PLAZA,
SUITE 650
CANTON, OHIO 44702-1721
PH 330-453-3874
FX 330-453-7884
MJJObcrholtzer.@gmx.com

002562

## REQUEST FOR SERVICE

**TO THE CLERK:**

Please serve a certified copy of the foregoing upon the following

person(s) by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

Ms. Erin Lynn Hildenbrand
1338 - 18th Street, N.E.
Canton, Ohio  44705

and to:

Mr. Frederick Hildenbrand
1338 - 18th Street, N.E.
Canton, Ohio  44705

MATTHEUW W. OBERHOLTZER
Attorney Reg. No.: 0041239
OBERHOLTZER & OBERHOLTZER
Attorneys at Law, L.L.C.
116 Cleveland Avenue, N.W.
Courtyard Centre / Suite 650
Canton, Ohio  44702-1727
Telephone: (330) 453-7874
Telecopier: (330) 453-7884
Trial Attorney for Petitioners

OBERHOLTZER &
OBERHOLTZER
Attorneys at Law, L.L.C.

116 Cleveland Ave. N.W
Court and Center Plaza
Suite 650
Canton, Ohio 44702-1724
PH 330-453-7874
FX 330-453-7884

002563