**U.S. District Court**
**Middle District of Florida**

## DEFENDANT'S EXHIBIT

Exhibit Number: 2

Case Number:

3:24-cr-187(S1)-WWB-LLL

USA

v.

Frederick Hildenbrand

Date Identified: 1/14/26

Date Admitted: 1/14/26

2009 NOV 24    PM 1:49

IN THE COURT OF COMMON PLEAS

FAMILY DIVISION

STARK COUNTY, OHIO    2009 JCV 0 1 4 9 n

| | |
|---|---|
| IN THE MATTER OF: | ) CASE NO. _____ |
| | ) |
| Baby Boy Hildebrand, | ) |
| (D.O.B. April 2009) | ) |
| | ) JUDGE: SHUCKI |
| Thomas and Judit Shimko, | ) |
| | ) |
| Petitioners-Maternal Uncle and Aunt | ) **AFFIDAVIT OF** |
| | ) **THOMAS SHIMKO, JR.** |
| vs. | ) |
| | ) |
| Frederick and Erin Hildebrand, | ) |
| | ) |
| Petitioners-Parents. | ) |
| | oOo |

****************************************************************

| | | |
|---|---|---|
| STATE OF OHIO | ) | |
| | : | SS: |
| COUNTY OF STARK | ) | |

Mr. Thomas Shimko being first duly deposed and sworn, states that:

1.  I am the maternal Uncle of Baby Boy Hildebrand, whose name is believed to be Jason Frederick Hildebrand, and his D.O.B. is approximately April 2009.

2.  I reside at 3351 Concord Drive, Brunswick, Ohio  44212.

3.  Since this child was born, Frederick and Erin Hildebrand have hidden his identity from our family.

4.  The child's mother is my sister, Erin Lynn Hildenbrand. Paternity may have not been established for this child.

5.  The child's mother has mental and/or physical

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, LLC

115 CLEVELAND AVE. N.W.
COURTYARD CENTRE SOUTH
SUITE 510
CANTON, OHIO 44702-1721
PH 330-453-2871
FX 330-453-1884

**ENTERED BY. 15**

002556

disabilities which limit her abilities to properly care for this child without my involvement. Mother is learning disabled, having second grade skills and receives services from Stark County MR/DD.

6. Our family has attempted to have contact/communication with this child, but the child's Father, Frederick Hildebrand has brainwashed my sister, Erin, and made her turn against her family.

7. Pursuant to Magistrate Pat Menicos' Magistrate's Order dated September 30, 2009, my Mother and Father were awarded legal custody of Baby Boy Hildebrand's siblings, namely Jennifer L. Hildenbrand, (D.O.B. 03-17-05), and Jasmine A. Hildenbrand, (D.O.B. 02-28-07) (Stark County Juvenile Case number 2008JCV00724). Because this child was not yet born at the time that my parents filed their Complaint for Custody of Jennifer and Jasmine, this minor child was not included in their custody case.

8. To the best of my knowledge, belief and understanding, the parents of Baby Boy Hildebrand are unfit and/or unsuitable to raise the minor child.

9. I love my nephew, and I pray that this Honorable Court grant my wife and I legal custody, so that he can grow up in a clean, healthy environment, and get to know his family.

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW I I.C.

116 CLEVELAND AVE. S.W.
COURTYARD CENTRE BLDG.
SUITE 650
CANTON, OHIO 44702-1714
PH 330-453-7874
FX 330-453-7824
v.e Oberholtzer@gmail.com

002557

_____
THOMAS SHIMKO, JR.

STATE OF OHIO    )
                 )    SS:
STARK COUNTY     )

BEFORE ME, a Notary Public in and for said State, personally appeared the above named person who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Canton ___, Ohio, this 18 day of Nov ___, 2009.



_____
Notary Public

ANDREA M. WILLIAMSON
Notary Public, State of Ohio
My Commission Expires 01-21-2014

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, L.L.C

115 CLEVELAND AVE. N.W.
COURTYARD CENTRE BLDG.
SUITE 530
CANTON OHIO 44702-1724
PH 330-453-7874
FX 330-453-7884
klark@oberholtzerlaw.com

002558

## REQUEST FOR SERVICE

**TO THE CLERK:**

Please serve a certified copy of the foregoing upon the following

person(s) by **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:

Ms. Erin Lynn Hildenbrand
1338    18th Street, N.E.
Canton, Ohio   44705

and to:

Mr. Frederick Hildenbrand
1338 — 18th Street, N.E.
Canton, Ohio   44705

MATTHEUW W. OBERHOLTZER
Attorney Reg. No.: 0041239
OBERHOLTZER & OBERHOLTZER
Attorneys at Law, L.L.C.
116 Cleveland Avenue, N.W.
Courtyard Centre / Suite 650
Canton, Ohio   44702-1727
Telephone:  (330) 453-7874
Telecopier:  (330) 453-7884
Trial Attorney for Petitioners

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, L.L.C
115 CLEVELAND AVE N.W.
COURTYARD CENTRE BLDG
SUITE 650
CANTON, OHIO 44702-1727
PH 330 453-7874
FX 330-453-7884

002559