## U.S. District Court
## Middle District of Florida

## DEFENDANT'S EXHIBIT

Exhibit Number:

3

Case Number:

3:24-cr-187(S1)-WWB-LLL

USA

v.

Frederick Hildenbrand

Date Identified:

1/14/26

Date Admitted:

1/14/26



IN THE COURT OF COMMON PLEAS

FAMILY DIVISION

STARK COUNTY, OHIO

IN THE MATTER OF:                    )    CASE NO. 2008-JCV-00724
                                     )
Jennifer Lily Hildenbrand,           )
(D.O.B. 03-17-05)                    )
                                     )    JUDGE STUCKI
AND                                  )
                                     )    **MATERNAL GRANDFATHER'S**
                                     )    **AMENDED AFFIDAVIT**
Jasmine Alexi Hildenbrand,           )
(D.O.B. 02-28-07)                    )
                                     )
        Minor children.              )
                                        oOo

*********************************************************************

STATE OF OHIO    )
                 )  SS:
COUNTY OF STARK  )

Mr. Thomas Shimko being first duly deposed and sworn, states that:

1.  I am the maternal grandfather of the minor children, namely Jennifer Lily Hildenbrand, (D.O.B 03-17-05), and Jasmine Alexi Hildenbrand (D.O.B 02-28-07).

2.  My grandchildren and I have enjoyed a close and positive relationship.

3.  I love my grandchildren and I care for them as if they are my own children and can provide an appropriate, stable, proper, healthy environment for them.

4.  When the children are at my home, they are comfortable, happy, and well-adjusted.

5.  The children's mother is my daughter, Erin Lynn

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, L.L.C.

116 CLEVELAND AVE., N.W.
COL. SAVINGS CENTRE
SUITE 450
CANTON, OHIO 44702-1724
PH 330-453-7874
FX 330-453-7884
email: kannan@oberlaw.com
www.oberlaw.com

Hildenbrand.    Paternity may have not been established for either child.

6.    The children's mother has mental and/or physical disabilities which limit her abilities to properly care for these children without my involvement.  Mother is learning disabled, having second grade skills and receives services from Stark County MR/DD.

7.    I have attempted to have contact/communication with these children during their entire lives.

8.    I suspect that Mother's current husband, Frederick Hildenbrand emotionally, mentally, physically and/or sexually abuses their grandchildren.

9.    The minor children reside with their Mother, Ms. Erin Lynn Hildenbrand, who is mentally retarded, and/or intellectually limited.  Erin Lynn Hildenbrand is possibly married to Frederick Hildenbrand.

10.    To the best of my knowledge, belief and understanding, the parent and/or parents of the minor children who are the subject matter of this litigation are unfit and/or unsuitable to raise the minor children.

11.    I love my grandchildren, and I pray that this Honorable Court grant my wife and I legal custody.

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, L.L.C

116 CLEVELAND AVE NW
COURTYARD CENTRE
SUITE 650
CANTON, OHIO 44702-1774
PH 330-453-7874
FX 330-453-7884
E-MAIL Lfreundlich@sssnet.net
www.oberholtzerlaw.com
JFreundlich J.d.

001784

NANCY S. REINBOLD
CLERK OF COURTS
STARK COUNTY, OHIO

## AFFIDAVIT FOR MOTION

2008 SEP 10 PM 4: 03

STATE OF OHIO )
                 ) SS:
STARK COUNTY   )

Thomas Shimko _____, being first duly sworn, deposes and states that he/she is a party in the within action, and that the allegations made and averments stated in the foregoing document are true as he/she verily believes.

_____
AFFIANT

Before me personally appeared the above-named person and subscribed his/her name in my presence and swore to the truthfulness of this document in my presence this ___ day of _____, 200_

_____
NOTARY PUBLIC

ANDREA M. WILLIAMSON
Notary Public - State of Ohio
My Commission Expires _____, 2009

OBERHOLTZER &
OBERHOLTZER
ATTORNEYS AT LAW, L.L.C.

116 CLEVELAND AVE. N.W
COURTS AND CENTER
SUITE 650
CANTON, OHIO 44702-1724
PH 330-453-7871
FX 330-453-7884
e-mail: kinmath@worldnet.att.net
www.shimkolgarlaw.com
*Thomas 15-6

Exhibit _ 15

001785