# EXHIBIT 1

Department of Homeland Security
Homeland Security Investigations

## MEMORANDUM

| | | | |
|---|---|---|---|
| **TO:** | **SA Benjamin Luedke** | | |
| **THROUGH:** | **GS Mike P. Johnson** | MICHAEL P JOHNSON | Digitally signed by MICHAEL P JOHNSON Date: 2025.04.13 17:44:18 -04'00' |
| **FROM:** | **CFA Antonio Contes** | ANTONIO CONTES | Digitally signed by ANTONIO CONTES Date: 2025.04.11 16:59:47 -04'00' |
| **DATE:** | **January 21, 2025** | | |
| **SUBJECT:** | **Frederick HILDENBRAND** | | |
| **REF:** | **Electronic and Tape Media from Consent Search and Search Warrant** | | |
| **EVIDENCE:** | **51 devices** | | |

### Support Request:

Homeland Security Investigations (HSI) Jacksonville is conducting an investigation into the actions of Frederick HILDENBRAND concerning possible possession and production of Child Sexual Abuse Material (CSAM).

On June 3, 2024, 12 electronic devices, 21 MiniDV cassettes, and one (1) VHS cassette, were provided to HSI Jacksonville Computer Forensics by the case agent for acquisition and reporting to determine if the devices contained CSAM. On August 6, 2024, 15 additional electronic devices were delivered to the HSI Jacksonville Computer Forensics Unit. On August 23, 2024, one (1) Apple iPhone was delivered to the HSI Computer Forensics Unit for acquisition and reporting. On September 13, 2024, one (1) Motorola smartphone was delivered to HSI Computer Forensics by the case agent for acquisition and reporting.

### Summary of Analysis:

After a review of the digital media files by the case agent, evidence to support the presence of **Category 1 Child Abuse Material (CAM)** was discovered on the **LN001a SanDisk 32 gigabyte (GB) thumb drive, LN002 HP Laptop, LN003 TCL REVVL 4, LN009 Seagate OneTouch 5 terabyte (TB) External Hard Disk Drive (HDD), LN014 lighter shaped USB camera, and seven (7) MiniDV cassettes (labeled by HSI Forensics as 'E', 'F', 'L', 'O', 'P', 'Q', and 'T')**. Category 1 CAM was also observed on an acquisition of a **TCL Stylus 5G smartphone**, this acquisition was provided to the case agent by the Clay County Sheriff's Office (CCSO). Over 6,000 media files were categorized as Category 1 CAM at the time of this writing, with categorization still ongoing.

Evidence to support the presence of **Category 2 Child Exploitative (CE)** was discovered on the **LN001a SanDisk 32 GB thumb drive, LN002 HP Laptop, LN003 TCL REVVL 4, LN009 Seagate OneTouch 5 TB External HDD, LN014 lighter shaped USB camera, and one (1) MiniDV cassette (labeled by HSI Forensics as 'R')**. Category 2 CE was also observed on the CCSO acquisition of the **TCL Stylus 5G smartphone**.

Evidence to support the presence of **Category 3 Computer Generated Images (CGI) / Animation** material was discovered on the **LN002 HP Laptop** and the **LN009 Seagate OneTouch 5 TB external drive**.

1

Department of Homeland Security
Homeland Security Investigations

**Analyst Tools:**

Magnet's GrayKey v1.24.0.28720042 and Axiom v8.7.0.42472
GetData's Forensic Explorer (FEX) v5.6.0
Exterro, FTK Imager v4.7.1
Cellebrite, Inseyets Physical Analyzer v10.2.101.352
Cellebrite, UFED v7.71.0.1877
Open Broadcaster Software, OBS Studio v30.2.3

All forensic tools utilized in this examination have been licensed for use personally or through the HSI Cyber Crimes Center (C3), the Treasury Computer Forensics Training Program (TCFTP), the Internet Crimes Against Children Task Force (ICAC) and/or the International Association of Computer Investigative Specialists (IACIS).

**Details of Analysis:**

On June 3, 2024, 12 electronic devices, 21 MiniDV cassettes, and one (1) VHS cassette, were provided to HSI Jacksonville Computer Forensics by the case agent for preview, acquisition, and reporting to determine if the devices contained CSAM. These devices were found abandoned within a storage unit by the buyer of a storage unit auction and turned over to the Clay County Sheriff's Office (CCSO) due to suspected CSAM being observed on the LN001a SanDisk 32 gigabyte (GB) thumb drive. On August 6, 2024, 15 additional electronic devices were delivered to the HSI Jacksonville Computer Forensics Unit based on a consent search. On August 14, 2024, forensic activity on these devices was paused pending the completion of a search warrant for the devices. The search warrant for these devices was attained on August 23, 2024, and forensic activity regarding these devices resumed. On August 23, 2024, one (1) additional device, an Apple iPhone XR, was delivered to the HSI Jacksonville Computer Forensics unit by the case agent. On September 13, 2024, one (1) Motorola smartphone was delivered to HSI Computer Forensics by the case agent for acquisition based on a consent search. The forensic work began on June 4, 2023, beginning with the acquisition of the LN001a SanDisk 32 GB Cruzer Glide thumb drive. Acquisition details are provided for each Line Number (LN) below.

Post initial processing, the data from the computer storage drives and external storage devices were processed using Magnet's Axiom and GetData's FEX. Mobile device acquisitions were reviewed using Magnet's Axiom and Celebrite's Inseyets Physical Analyzer (PA). Pertinent findings are detailed in the individual LN categories and are specific to each device. I used Axiom, FEX, and Physical Analyzer to review the datasets for digital imagery and communication artifacts. I reviewed web history and looked for evidence which may be pertinent to the case. I reviewed search engine syntax and other possible uses of the devices. The media files from these items were then processed using Griffeye Analyze DI for case agent review.

Device artifact times in this report are displayed in Coordinated Universal Time (UTC-0) unless otherwise indicated for each artifact. Local time zone for this search warrant was Eastern Time (ET), and Coordinated Universal Time is 5 hours ahead of Eastern Time (4 hours ahead during daylight savings time).

This report may not detail every Operating System (OS) or File System (FS) artifact available on these electronic devices. Additional examination or reports may be required for those artifacts.

2

Department of Homeland Security
Homeland Security Investigations

## LN001a SanDisk 32 GB thumb drive

The LN001a SanDisk thumb drive showed "made in China" printed on the exterior aspect of the drive. This thumb drive had the serial number "20044324430A354388B2" and a storage capacity of 32 GB.



*Partial view of LN001a file structure as viewable in Axiom's "File System" view*

## User Attribution

### "Profile Pic.png"

A ".png" picture file named "Profile Pic.png" was located at the root of partition 1 on the thumb drive. This picture file appeared to be a portrait style photograph of Frederick HILDENBRAND. This file reported a "created" date of November 29, 2024 on the current volume.

| Filename | Logical Size | Modified | Created | Path |
|---|---|---|---|---|
| 3782-4215 Camera Unload 7-22-07 | 12,928 | 11/17/2012 7:16:48 AM | 11/17/2012 11:43:06 ... | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| 1540-2002 Jennifer from 1 to 1.5 years old | 13,088 | 11/17/2012 9:11:50 AM | 11/17/2012 11:17:07 ... | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| 6835-7397 Camera Unloaded 2-18-09 | 13,152 | 11/17/2012 7:24:12 AM | 11/17/2012 12:07:54 PM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| 7581-7584 04-02-09 Erin Pregnant with Frederick | 16,384 | 11/17/2012 5:58:32 AM | 11/17/2012 12:15:10 PM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| Profile Pic 2.jpg | 27,215 | 11/29/2012 9:39:52 AM | 11/29/2012 9:39:50 AM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| _____.jpg | 36,250 | 11/29/2012 10:16:44 AM | 11/29/2012 10:16:43 ... | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| Profile Pic.jpg | 52,775 | 11/29/2012 9:34:30 AM | 11/29/2012 9:34:28 AM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| Profile Pic 2.png | 180,041 | 11/25/2012 10:17:26 AM | 11/29/2012 8:00:32 AM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| Profile Pic.png | 312,893 | 11/25/2012 10:08:50 AM | 11/29/2012 8:00:32 AM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| Our Home.bmp | 2,100,790 | 1/7/2010 1:06:48 AM | 11/29/2012 9:44:39 AM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |
| Our Home.jpg | 2,144,810 | 1/5/2010 4:02:46 PM | 11/29/2012 9:44:38 AM | LN001a_SanDisk_32GB_thumbDrive.E01\Partition @ 32\Root\ |

3

004957

Department of Homeland Security
Homeland Security Investigations



Profile Pic.png

PREVIEW

**Child Sexual Abuse Material Repositories**

**Category 1 Child Abuse Material Files**
Files identified by the case agent as Category 1 CAM on the LN001a SanDisk thumb drive were located at the following file paths:

- *(Partition 1) \0002-0018 June of 2005, Baby Bath*
- *(Partition 1) \1405-1432 July 5th to July 15th 2006*
- *(Partition 1) \3782-4215 Camera Unload 7-22-07*
- *(Partition 1) \4293-4454 08-13-07 Medina Fair, Flea Market 2006*
- *(Partition 1) \4651-3753 9-9-07*
- *(Partition 1) \5390-5446 Christmas 2007 (Mostly of Barn Party)*
- *(Partition 1) \5409-6703 Emptied 8-20-08*
- *(Partition 1) \8069-8094 Christmas 2010, Daddy Frederick Feeds and Changes Baby Frederick*
- *(Partition 1) \DCIM\146_0313*
- *(Partition 1) \The THEFT of our children (Disturbing Content) & XXX*

**Category 2 Child Exploitative Files**
Files identified by the case agent as Category 2 CE on the LN001a SanDisk thumb drive were located at the following file paths:

- *(Partition 1) \0001-0017 First three weeks of June 2005, yup it's a girl alright*
- *(Partition 1) \0002-0018 June of 2005, Baby Bath*
- *(Partition 1) \0425-0639 ▇▇▇▇ is 9.5 to 10 months old*
- *(Partition 1) \3782-4215 Camera Unload 7-22-07*
- *(Partition 1) \4651-3753 9-9-07*
- *(Partition 1) \5486-5591 Dec 2007 - Jan 2008\Bath Time, Late Jan 2008*
- *(Partition 1) \5650-5759 Camera Unloaded 03-16-08*
- *(Partition 1) \The THEFT of our children (Disturbing Content) & XXX*

004958

Department of Homeland Security
Homeland Security Investigations

## LN002 HP Pavilion 17-g123ds Laptop

The LN002 Hewlett-Packard Pavilion laptop, labelled "made in China" within the battery compartment and bearing the serial number "5CD5376P4R", contained a single one (1) Terabyte (TB) Toshiba Hard Drive (HDD) which had the model number "MQ01ABD100" and the serial number "85I7C4IHT". The LN002 laptop had the "Windows 10 Home" operating system with an install/update date of May 10, 2021 per the "SOFTWARE" registry key located at file path "Windows\System32\config\SOFTWARE\Microsoft \Windows NT\CurrentVersion".

### Device Information

| Operating System | | Computer Name | | Installed/Updated Date/Time | | Last Shutdown Date/Time | | Source |
|---|---|---|---|---|---|---|---|---|
| Windows 10 Home (2009) | | DESKTOP-46LM359 | | 5/10/2021 4:26:15.000 AM | | 7/13/2024 9:49:22.000 PM | | LN002_HP_LAPTOP |

| Standard Timezone... | | Standard Timezone Offset... | | Daylight Timezone... | | Daylight Timezone Offset... | | Current... | | Current Control Set | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eastern Standard Time | | -300 | | Eastern Daylight Time | | -240 | | -240 | | 001 | | LN002_HP_LAPTO |

### User Accounts

The LN002 laptop appeared to have a user named "Marauder" as the primary user account at profile path "\Users\Marauder". The User Account named "Marauder" presented with the Security Identifier (SID) "S-1-5-21-538147819-2720786923-2230719394-1001".

| User Name | | Type... | | Security Identifier | | Profile Path | | Account Disabled | | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| Marauder | | Local User | | S-1-5-21-538147819-2720786923-2230719394-1001 | | C:\Users\Marauder | | False | | LN002_HP_LAPTO |

### User Attribution

#### "DSCN0066.JPG"

A ".jpg" picture file named "DSCN0066.JPG" was located at file path "(Partition 3) Root\Users\Marauder\Desktop\~ Send to ▮▮▮▮▮Mom & Dad\". This picture file appeared to be a family portrait displaying Frederick and Erin HILDENBRAND. This picture file appeared to have April 10, 2023 as its creation date on the current volume. The file path "Root\Users\Marauder\Desktop\~ Send to ▮▮▮▮" appeared to contain numerous HILDENBRAND family related media and document files.

| Filename | Created | Modified | Logical Size | Physical Size | Path |
|---|---|---|---|---|---|
| DSCN0066.JPG | 4/10/2023 5:50:36 AM | 1/1/2005 5:00:00 AM | 1,695,103 | 1,695,744 | LN002_HP_LAPTOP |

004959

Department of Homeland Security
Homeland Security Investigations



Portion of image redacted

The file path "Root\Users\Marauder\Desktop\~ Send to J██████r" appeared to contain numerous HILDENBRAND family related media and document files.

6

004960

Department of Homeland Security
Homeland Security Investigations

**Child Sexual Abuse Material Repositories**

**Category 1 Child Abuse Material Files**
Files identified by the case agent as Category 1 CAM on the LN002 HP laptop storage drive were located at the following file paths:

- (Partition 3) \Users\Marauder\Pictures
- (Partition 3) \Users\Marauder\Desktop\~ Send to ▓▓▓ Recover
- (Partition 3) \Users\Marauder\Downloads\AI Misc Webpages\(3) Lora Creation - Tips, Q&A, Observations - NAUGHTY KIDS_files
- (Partition 3) \Users\Marauder\Downloads\Archives\Asia-Girl
- (Partition 3) \Users\Marauder\Downloads\Archives\bcdreiqj\BBB
- (Partition 3) \Users\Marauder\Downloads\CP Images
- (Partition 3) \Users\Marauder\Downloads\CP Images\all need to be renamed to jpg
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\Anus
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\▓▓ Boys
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\▓▓ Story
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\▓▓ Story\New folder\(5) [PIC] Illustrated GAP History - NAUGHTY KIDS_files
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\▓▓ Story\New folder\(5) [PIC] Illustrated GAP History - Page 2 - NAUGHTY KIDS_files
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\▓▓ Story\VB4a
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\New folder
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images\New folder (3)
- (Partition 3) \Users\Marauder\AppData\Local\Microsoft\Edge\User Data\Default\Cache\Cache_Data
- (Partition 3) \Users\Marauder\AppData\Local\Microsoft\Windows\Explorer
- (Partition 3) \Users\Marauder\AppData\Local\Mozilla\Firefox\Profiles\osisdebn.default-release\cache2\entries
- (Partition 3) \Users\Marauder\AppData\Local\Programs\Opera\111.0.5168.55\localization
- (Partition 3) \Users\Marauder\AppData\Roaming\MetaQuotes\Terminal\D0E8209F77C8CF37AD8BF550E51FF075\temp\EBWebView\GraphiteDawnCache\data_1
- (Partition 3) \Users\Marauder\AppData\Roaming\Mozilla\Firefox\Profiles\osisdebn.default-release\storage\default\https+++www.youtube.com\cache\morgue\206
- (Partition 3) \Users\Marauder\AppData\Roaming\Mozilla\Firefox\Profiles\osisdebn.default-release\storage\default\https+++www.youtube.com\cache\morgue\85
- (Partition 3) \$Recycle.Bin\S-1-5-21-538147819-2720786923-2230719394-1001\$R20HBVZ
- (Partition 3) \Assembling SexyCute PTHC Image Generator
- (Partition 3) \Assembling SexyCute PTHC Image Generator\baby
- (Partition 3) \Assembling SexyCute PTHC Image Generator\baby\boy
- (Partition 3) \Assembling SexyCute PTHC Image Generator\baby\girl
- (Partition 3) \Assembling SexyCute PTHC Image Generator\preteen\girl
- (Partition 3) \Assembling SexyCute PTHC Image Generator\toddler
- (Partition 3) \Assembling SexyCute PTHC Image Generator\toddler\boy
- (Partition 3) \Assembling SexyCute PTHC Image Generator\toddler\girl
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Age Category Undecided
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Best of the best
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Discard
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Future Loras\Lora 001
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Future Loras\Lora 002
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Baby---\Circumcised\Diaper Change
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Baby---\Circumcised\Laying Upright
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Baby---\Image Needs Fixed
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Baby---\Uncircumcised\Diaper Change
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\ Bondage
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Close Up Penis
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Doggy Style
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Erection
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\In A Car
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Laying Down
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Laying Down Spreading
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Looking Up At
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen--\Circumcised\ Missionary
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\On A Computer
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Side View Laying
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Side View Standing

7

Department of Homeland Security
Homeland Security Investigations

- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Circumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Wirh A Girl*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butt*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butt\Circumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Close Up Butt\Uncircumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butthole*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Doggy Style*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Doggy Style\Circumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Doggy Style\Uncircumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Image Needs Fixed*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Recycle Bin*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Two or More Boys*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\At the Beach*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\ Bondage*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Close Up Penis*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Diaper*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Doggy Style*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Erection*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\In A Car*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\In the Woods*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Laying Down Spreading*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Looking Up At*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Missionary*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Side View Laying*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Side View Standing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Squatting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Uncircumcised\Wirh A Girl*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Wallpaper*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Circumcised\Close Up Penis*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Circumcised\Diaper Change*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Circumcised\Missionary*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Circumcised\Side View Standing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Circumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Circumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Image Needs Fixed*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Recycle Bin*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Two or More Boys*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Bath Time*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Close Up Penis*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Diaper Change*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Missionary*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Side View Laying*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Toddler---\Uncircumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Black Boys*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Close Up Penis*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Erection*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\In A Car*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Upper Limit---\Circumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Upper Limit---\Circumcised\Looking Up At*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Side View Laying*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Circumcised\Taking A Bath*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Close Up Butthole*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Upper Limit---\Doggy Style*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Upper Limit---\Doggy Style\Uncircumcised*

8

004962

- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Upper Limit—\Missionary
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Missionary\Circumcised
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Missionary\Uncircumcised
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Two or More Boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Close Up Penis
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Laying Down
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Looking Up At
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Riding Bike
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Side View Laying
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Side View Standing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Sitting
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Standing Up
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\Taking A Bath
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit---\Uncircumcised\With A Girl
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Unsorted Potential Images
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Unsorted Potential Images\katypil
- (Partition 3) \Assembling SexyCute PTSC Image Generator\90000 - wallpaper
- (Partition 3) \Assembling SexyCute PTSC Image Generator\91000 - boys peeing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\92000 - girls peeing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\93000 - boys bathing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\95000 - boy bondage
- (Partition 3) \Assembling SexyCute PTSC Image Generator\96000 - girl bondage
- (Partition 3) \Assembling SexyCute PTSC Image Generator\97000 - penis closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\98000 - pussy closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\99000 - multiple children
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\10000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\12000 - boys butts closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\14000 - boys penis closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\20000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\22000 - girls butts closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\50000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\54000 - boys penis  closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\60000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\65000 - Prepubescent boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\65000 - Use these here if possible
- (Partition 3) \Assembling SexyCute PTSC Image Generator\teenage - hebe\70000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\teenage - hebe\80000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\~ Source images for toddler boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\~ Source images for toddler girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\30000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\32000 - boys butts  closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\34000 - boys penis  closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\40000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\42000 - girls butts closeup
- (Partition 3) \ComfyUI_windows_portable\ComfyUI\input
- (Partition 3) \Download\Disney World
- (Partition 3) \Download\Phone
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\.thumbnails
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\Camera
- (Partition 3) \System Volume Information
- (Partition 3) \temp\bbgag
- (Partition 3) \temp\Cute little 7-8yo Addy Home Alone
- (Partition 3) \temp\New folder (10)
- (Partition 3) \temp\New folder (11)
- (Partition 3) \temp\New folder (12)
- (Partition 3) \temp\New folder (13)
- (Partition 3) \temp\New folder (14)
- (Partition 3) \temp\New folder (3)
- (Partition 3) \temp\New folder (3)\Boy Butt Closeup
- (Partition 3) \temp\New folder (3)\Girl Butt Closeup
- (Partition 3) \temp\New folder (3)\Girl Full Body Nude
- (Partition 3) \temp\New folder (3)\Hardcore
- (Partition 3) \temp\New folder (4)
- (Partition 3) \temp\New folder (5)
- (Partition 3) \temp\New folder (6)

9

004963

- *(Partition 3) \temp\New folder (7)*
- *(Partition 3) \temp\New folder (8)*
- *(Partition 3) \temp\New folder (9)*
- *(Partition 3) \temp▮▮▮*
- *(Partition 3) \temp▮▮▮\PICS*
- *(Partition 3) \$Extend\$Deleted*
- *(Partition 3) \$Extend\$RmMetadata\$Txf*
- *(Partition 3) \hiberfil.sys*
- *(Partition 3) (Unallocated Space)*
- *$OrphanedFiles*

## Category 2 Child Exploitative Files

Files identified by the case agent as Category 2 CE on the LN002 HP laptop were located at the following file paths:

- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images\New folder (3)*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images\New folder*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images▮▮▮Story\New folder\(5) [PIC] Illustrated GAP History - Page 2 - NAUGHTY KIDS_files*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images▮▮▮Story\New folder\(5) [PIC] Illustrated GAP History - NAUGHTY KIDS_files*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images▮▮▮Story\Gappy*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images▮▮▮Story\307 GPpix*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images▮▮▮Story*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images\Baby Boys*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images\Anus*
- *(Partition 3) \Users\Marauder\Downloads\CP Misc Images*
- *(Partition 3) \Users\Marauder\Downloads\CP Images\all need to be renamed to jpg*
- *(Partition 3) \Users\Marauder\Downloads\CP Images*
- *(Partition 3) \Users\Marauder\Downloads\Archives\Asia-Girl*
- *(Partition 3) \Users\Marauder\Downloads\AI Misc Images*
- *(Partition 3) \Users\Marauder\Downloads\*
- *(Partition 3) \Users\Marauder\Desktop\~ Send to ▮▮▮\Your childhood friends▮▮▮*
- *(Partition 3) \Users\Marauder\Desktop\~ Send to ▮▮▮ny*
- *(Partition 3) \Users\Marauder\Desktop\~ Send to ▮▮▮*
- *(Partition 3) \Users\Marauder\Desktop\~ Send to ▮▮▮*
- *(Partition 3) Users\Marauder\Desktop\~ Send to ▮▮▮~ Recover*
- *(Partition 3) \Users\Marauder\AppData\Roaming\vlc\art\arturl\f8826d0070c3b91b17845677182258e7*
- *(Partition 3) \Users\Marauder\AppData\Roaming\vlc\art\arturl\dcbba5b65f7d44847b4a35e3ee71e83f*
- *(Partition 3) \Users\Marauder\AppData\Roaming\vlc\art\arturl\c06e5013d20ac6889f3a0d1eca6a12f8*
- *(Partition 3) \Users\Marauder\AppData\Roaming\Mozilla\Firefox\Profiles\osisdebn.default-release\storage\default\https+++www.youtube.com\cache\morgue\85*
- *(Partition 3) \Users\Marauder\AppData\Local\Programs\Opera\111.0.5168.55\localization*
- *(Partition 3) \Users\Marauder\AppData\Local\Packages\Microsoft.MicrosoftOfficeHub_8wekyb3d8bbwe\LocalState\EBWebView\BrowserMetrics\BrowserMetrics-66805A8B-2B64.pma*
- *(Partition 3) \Users\Marauder\AppData\Local\Packages\Microsoft.MicrosoftOfficeHub_8wekyb3d8bbwe\LocalState\EBWebView\BrowserMetrics-spare.pma*
- *(Partition 3) \Users\Marauder\AppData\Local\Mozilla\Firefox\Profiles\osisdebn.default-release\cache2\entries*
- *(Partition 3) \Users\Marauder\AppData\Local\Microsoft\Windows\Explorer*
- *(Partition 3) \temp\Nicole\PICS*
- *(Partition 3) \temp\New folder (9)*
- *(Partition 3) \temp\New folder (8)*
- *(Partition 3) \temp\New folder (6)*
- *(Partition 3) \temp\New folder (5)*
- *(Partition 3) \temp\New folder (4)*
- *(Partition 3) \temp\New folder (3)\Hardcore*
- *(Partition 3) \temp\New folder (3)\Girl Full Body Nude*
- *(Partition 3) \temp\New folder (3)\Girl Butt Closeup*
- *(Partition 3) \temp\New folder (3)\Boy Full Body Nude*
- *(Partition 3) \temp\New folder (3)*
- *(Partition 3) \temp\New folder (2)*
- *(Partition 3) \temp\New folder (14)*
- *(Partition 3) \temp\New folder (13)*
- *(Partition 3) \temp\New folder (12)*
- *(Partition 3) \temp\New folder (11)*

10

Department of Homeland Security
Homeland Security Investigations

- (Partition 3) \temp\New folder (10)
- (Partition 3) \System Volume Information
- (Partition 3) \Sent to ▮▮▮▮\Some of your childhood friend▮▮▮▮
- (Partition 3) Sent to ▮▮▮▮\Photo\▮▮▮▮
- (Partition 3) Sent to ▮▮▮▮\Photo\Some of your childhood friend▮▮▮▮
- (Partition 3) \Sent to ▮▮▮▮\Photo\▮▮▮▮▮▮▮ne
- (Partition 3) \Sent to ▮▮▮▮\Photo\▮▮▮▮
- (Partition 3) \ProgramData\Microsoft\Search\Data\Applications\Windows
- (Partition 3) \ProgramData\AVAST Software\SecureLine VPN\Cache\Cache\data_1
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\Screenshots
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\Messaging
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\Download
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\Camera
- (Partition 3) \Download\Phone Images & Video Unload 12-25-23\.thumbnails
- (Partition 3) \Download\Phone
- (Partition 3) \Download\Disney World
- (Partition 3) \ComfyUI_windows_portable\ComfyUI\input
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\40000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\34000 - boys penis  closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\30000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\~ Source images for toddler girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi\~ Source images for toddler boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\toddler - nepi
- (Partition 3) \Assembling SexyCute PTSC Image Generator\teenage - hebe\80000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\teenage - hebe\70000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\65000 - Use these here if possible
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\65000 - Prepubescent boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\60000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\54000 - boys penis  closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo\50000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\preteen - pedo
- (Partition 3) \Assembling SexyCute PTSC Image Generator\prenatal - nepi
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\22000 - girls butts closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\20000 - girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\14000 - boys penis closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\12000 - boys butts closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\10000 - boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\~ Source images for baby girls
- (Partition 3) \Assembling SexyCute PTSC Image Generator\baby - nepi\~ Source images for baby boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\99000 - multiple children
- (Partition 3) \Assembling SexyCute PTSC Image Generator\98000 - pussy closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\97000 - penis closeup
- (Partition 3) \Assembling SexyCute PTSC Image Generator\92000 - girls peeing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\91000 - boys peeing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\90000 - wallpaper
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Unsorted Potential Images\katypil
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Unsorted Potential Images
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Uncircumcised\Standing Up
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Uncircumcised\Side View Standing
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Uncircumcised\Side View Laying
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Uncircumcised\Laying Down
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Uncircumcised\In the Woods
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Two or More Boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Missionary\Uncircumcised
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Missionary\Circumcised
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Missionary
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Image Needs Fixed
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Doggy Style\Circumcised
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Doggy Style
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Close Up Butthole
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Circumcised\Standing Up
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Circumcised\Sitting
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Circumcised\Side View Laying
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Circumcised\Laying Down
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Upper Limit—\Circumcised\Close Up Penis
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\—Toddler—\Uncircumcised\With Girl

11

Department of Homeland Security
Homeland Security Investigations

- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Side View Standing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Side View Laying*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Pedo Mom*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Missionary*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Uncircumcised\Bath Time*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Two or More Boys*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\With Girl*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Side View Standing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Out And About*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Toddler---\Circumcised\At the Beach*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Wallpaper*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Wirh A Girl*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Taking a Shower*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Sleeping*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Side View Standing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Side View Laying*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Riding Bike*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Pedo Mom*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Missionary*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\In the Woods*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Doggy Style*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Uncircumcised\Bath Time*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Two or More Boys*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Recycle Bin*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Image Needs Fixed*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Doggy Style\Uncircumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Doggy Style*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butthole*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butt\Uncircumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butt\Circumcised*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Close Up Butt*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Wirh A Girl*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Standing Up*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Sitting*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Side View Standing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Side View Laying*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Reading A Book, Talking on the Phone*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Peeing*
- *(Partition 3) Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Pedo Mom*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Missionary*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Laying Down*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\In A Car*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\Close Up Penis*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---\Circumcised\At the Beach*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Preteen---*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby---\Uncircumcised\Side View*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby---\Uncircumcised\Peeing*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Baby---\Uncircumcised\Laying Upright*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby---\Uncircumcised\Diaper Change*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby---\Image Needs Fixed*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby---\Circumcised\Side View*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby---\Circumcised\Laying Upright*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\--Baby--*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images*
- *(Partition 3) \Assembling SexyCute PTSC Image Generator\~ Possible Advertisement Image*

12

- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Images that need fixed
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Future Loras\Lora 002
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Discard
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Best of the best\New folder
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Best of the best
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Age Catagory Undecided
- (Partition 3) \Assembling SexyCute PTHC Image Generator\toddler\girl
- (Partition 3) \Assembling SexyCute PTHC Image Generator\toddler\boy
- (Partition 3) \Assembling SexyCute PTHC Image Generator\preteen\girl
- (Partition 3) \Assembling SexyCute PTHC Image Generator\preteen\boy
- (Partition 3) \Assembling SexyCute PTHC Image Generator\baby\girl
- (Partition 3) \Assembling SexyCute PTHC Image Generator\baby
- (Partition 3) \Assembling SexyCute PTHC Image Generator
- (Partition 3) \$Recycle.Bin\S-1-5-21-538147819-2720786923-2230719394-1001\$R20HBVZ
- (Partition 3) \$Extend\$RmMetadata\$Txf
- (Partition 3) \hiberfil.sys
- (Partition 3) (Unallocated Space)
- $OrphanedFiles

## Category 3 Computer Generated Images (CGI) / Animation Files

Files identified by the case agent as Category 3 CGI on the LN002 HP laptop were located at the following file paths:

- (Partition 3) \Users\Marauder\Downloads\Fury
- (Partition 3) \Users\Marauder\Downloads\CP Misc Images
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\New folder (3)
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\New folder (2)
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\New folder
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\Little Asian & Black Guys
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\Emma
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\Cellphone Selfie
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\By Kexit
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images\Angelic
- (Partition 3) \Users\Marauder\Downloads\AI Misc Images
- (Partition 3) \Users\Marauder\Downloads
- (Partition 3) \Users\Marauder\AppData\Local\Microsoft\Windows\Explorer
- (Partition 3) \temp\Unsorted Pro CGI & AI
- (Partition 3) \temp\New folder (3)
- (Partition 3) \temp\New folder (2)
- (Partition 3) \temp\MXCP v0.4
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Two or More Boys
- (Partition 3) \Assembling SexyCute PTSC Image Generator\~ Sorted Potential Images\---Preteen---\Image Needs Fixed
- (Partition 3) \Assembling SexyCute PTHC Image Generator\preteen\girl
- (Partition 3) \AI Download Folder\Mic AI Images
- (Partition 3) \AI Download Folder
- (Partition 3) \hiberfil.sys
- (Partition 3) (Unallocated Space)

13

004967

Department of Homeland Security
Homeland Security Investigations

## Accounts of Interest

An email account named "**lowincomefamily@gmail.com**" was observed as a significant email account for the user(s) of the LN002 HP Laptop.



| Service Name | User Name ▲ | Artifact | Artifact type | Source |
|---|---|---|---|---|
| User Accounts | Administrator | User Accounts - Windows | User Accounts | LN002_HP_LAPTOP... |
| User Accounts | DefaultAccount | User Accounts - Windows | User Accounts | LN002_HP_LAPTOP... |
| https://getstarted2.tradestation.com | Frederick_Hildenbrand | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |
| User Accounts | Guest | User Accounts - Windows | User Accounts | LN002_HP_LAPTOP... |
| https://www.netflix.com/login | lowincomefamily@gmail.com | Edge Chromium Logins | User Accounts | LN002_HP_LAPTOP... |
| https://www.netflix.com | lowincomefamily@gmail.com | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |
| https://accounts.google.com | lowincomefamily@gmail.com | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |
| https://home.classdojo.com | lowincomefamily@gmail.com | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |
| https://app.dash2trade.com | lowincomefamily@gmail.com | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |
| https://digital.fidelity.com | lowincomefamily@gmail.com | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |
| User Accounts | Marauder | User Accounts - Windows | User Accounts | LN002_HP_LAPTOP... |
| https://www.mql5.com | Marauder003 | Firefox Logins | User Accounts | LN002_HP_LAPTOP... |

## Files and Folders of Interest

Folder names indicative of CSAM were observed on the root of partition 3 (Windows) on the LN002 HP laptop hard drive. "PTHC" is a known acronym for the term "Preteen Hardcore" while "PTSC" stands for "Preteen Softcore". These terms define the explicitness levels of CSAM where physical sexual activity is more commonly found within the PTHC level of media.

```
▶ Partition 1 (Microsoft FAT32, 260 MB) NO NAME
  Partition 2 (128 MB)
◢ Partition 3 (Microsoft NTFS, 908.22 GB) Windows
  ▶ $Extend
  ▶ $OrphanedFiles
  ▶ $Recycle.Bin
  ▶ $SysReset
  ▶ $WinREAgent
  ▶ AI Download Folder
  ▶ AI Engine
  ▶ AI Investment Boom
  ▶ AI Support Software
    Assembling FuryCute Image Generator
  ▶ Assembling PonyCute Image Generator
  ▶ Assembling SexyCute PTHC Image Generator
  ▶ Assembling SexyCute PTSC Image Generator
    Beeg.com (Adult Porn Videos)
    Block Chain Development
  ▶ ComfyUI_projects_folder
  ▶ ComfyUI_windows_portable
  ▶ Crypto Trading Bots
    Documents and Settings
  ▶ Download
  ▶ Emerging Technology Investments
  ▶ Games
  ▶ hp
  ▶ Intel

  ▶ hp
  ▶ Intel
    Music
  ▶ Music Video Singles
    New folder
    PerfLogs
  ▶ PortableGit
  ▶ Program Files
  ▶ Program Files (x86)
  ▶ ProgramData
  ▶ Recovery
  ▶ Sent to Jennifer
  ▶ Stock Trading Bots
  ▶ SWSetup
  ▶ System Volume Information
  ▶ system.sav
  ▶ temp
  ▶ Tor Browser
  ▶ Trading
  ▶ Trading Bot Source Code
  ▶ TV Shows & Movies
  ▶ Users
  ▶ Windows
▶ Partition 4 (Microsoft NTFS, 935 MB)
▶ Partition 5 (Microsoft NTFS, 22 GB) RECOVERY
```

14

004968

Department of Homeland Security
Homeland Security Investigations

The folders being named "Assembling SexyCute PTHC Image Generator" and "Assembling SexyCute PTSC Image Generator" indicate that these folders were repositories of CSAM where the media files may be used as source material for Artificial Intelligence media generation. Both of these folders were found to contain CSAM after a review of the media files by the case agent.



A ".txt" text file named "SexyCute.txt" was observed at file path "Root\Users\Marauder\Desktop\" where information about the development of a program named "SexyCute" was documented. This text file had a creation date of January 18, 2024 at this file path.



Many of the observed possibly AI generated or CGI CSAM (category 3) files observed within the file system on the LN002 hard drive appeared to have a zone identifier of "3" which indicated they were downloaded from the internet rather than being generated by a user of the LN002 HP laptop. A folder named "ComfyUI_windows_portable" appeared to contain the ComfyUI program (https://www.comfy.org/). The folder named "input" at file path "Root\ComfyUI_windows_portable\ComfyUI\input" did contain image

15

004969

Department of Homeland Security
Homeland Security Investigations

files categorized by the case agent as Category 1 CAM and 2 CE. No indication of AI generated files resulting from the ComfyUI program were observed in the folder named "output" or elsewhere at the time of this writing. January 9, 2024 appears to be the earliest date associated with the present ComfyUI program files. The CSAM files within the ComfyUI "input" folder have a creation date within that folder folder on Jan 29, 2024 (11:29 to 11:31 PM UTC).



## Tor Browser

A Tor Browser related folder was observed on partition 3 at file path "Root\Tor Browser". Tor stands for "The Onion Router" and it is a modified Firefox web browser that is able to interact with the Tor network. The Tor network contains ".onion" websites which are accessible via the Tor browser. The Tor Browser and network work to anonymize the web traffic of an individual by transmitting encrypted online activity through a network of randomized routers (nodes) around the world.



LNK files, or "link" files, are Windows shortcut files for files, folders, or applications. They can be made by a user by right clicking a file and selecting "create shortcut" or may be made automatically by the system by certain activities such as when an application is launched. LNK files may contain information about the file or program at launch which may indicate file use. LNK "link" file information associated with Tor

16

004970

Department of Homeland Security
Homeland Security Investigations

Browser indicated the use of the Firefox Tor Browser on the LN002 HP laptop computer between the years 2021 and 2024.



## Tor "Onion" websites

SQLite database files named "**places.sqlite**" contained Tor Firefox web history information within a table named "moz_places". These databases were located at the file paths "Users\Marauder\Desktop\Old Firefox Data\profile.default\" and "Tor Browser\Browser\TorBrowser\Data\Browser \profile.default\". Words and phrases indicative of CSAM such as "**ptsc**", "**cp**", and "**have-sex-with-kids**" were observed within some of the recorded URLs (website addresses). Recorded dates associated with these website history entries range from July 2023 to June 2024.

| ARTIFACT INFORMATION | |
|---|---|
| URL | http:// lolipornngyulcxe3goplk3cjao65lpxfhgkph6fdompotzjxlkplmid .onion/Ptsc-tiny-hole/ |
| Site Name | Onion Site |
| Date/Time | 8/19/2023 8:57:37.849 PM |
| Artifact type | Tor URLs |
| Item ID | 692505 |
| Original artifact | Firefox Web History |
| **EVIDENCE INFORMATION** | |
| Source | LN002_HP_LAPTOP_CONSENT_ITEMS_CCSO.E01 - Partition 3 (Microsoft NTFS, 908.22 GB) Windows\Users\Marauder \Desktop\Old Firefox Data\profile.default\places.sqlite |
| Recovery method | |
| Deleted source | |
| Location | Table: moz_places(id: 6253) |

| ARTIFACT INFORMATION | |
|---|---|
| URL | http://243vnzoix3ct6vowjgakv3pdqrzkfnkoz5plwgta3ar2onqo bzhz5jid.onion/viewtopic.php?t=41602 |
| Site Name | Onion Site |
| Date/Time | 6/8/2024 11:26:40.429 PM |
| Artifact type | Tor URLs |
| Item ID | 749433 |
| Original artifact | Firefox Web History |
| **EVIDENCE INFORMATION** | |
| Source | LN002_HP_LAPTOP_CONSENT_ITEMS_CCSO.E01 - Partition 3 (Microsoft NTFS, 908.22 GB) Windows\Tor Browser\Browser \TorBrowser\Data\Browser\profile.default\places.sqlite |
| Recovery method | |
| Deleted source | |
| Location | Table: moz_places(id: 5640) |

| URL | Date/Time ▲ | Artif... | Source |
|---|---|---|---|
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=9077&qa_1=looking-for-jumpers-hitting-ground-video-known-lol-superman | 8/19/2023 9:21:18.394 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=8913&qa_1=have-sex-with-kids | 8/19/2023 9:21:58.767 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=8917&qa_1=cp-rape-gore-for-affordable-price | 8/19/2023 9:22:00.967 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=questions | 8/19/2023 9:22:05.507 PM | Tor URLs | LN002_HP_LAPTOP |
| http://exchangehd5455aori4qvrwhyno4ul7xrz4foy5qwga3olnbclp5l4qd.onion/?gy15jf | 8/19/2023 9:22:27.519 PM | Tor URLs | LN002_HP_LAPTOP |
| http://5o4s6gxvxpojeltpx4gkprws5dnlaw3vpqny6xh5hyfn6n74ywbfjyd.onion/ | 8/19/2023 9:23:00.656 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=9048&qa_1=just-go-in-this-news-cp-links | 8/19/2023 9:27:17.320 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=questions&start=20 | 8/19/2023 9:27:18.624 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=9031&qa_1=c%D1%80-free-enjoy | 8/19/2023 9:28:46.360 PM | Tor URLs | LN002_HP_LAPTOP |
| http://thetorflxizarp664e3zqjv5tl6aypd2hhokmpcmrqsogytenpgtt2ad.onion/index.php?qa=9030&qa_1=free-cp-for-real | 8/19/2023 9:28:47.992 PM | Tor URLs | LN002_HP_LAPTOP |

17

004971

Department of Homeland Security
Homeland Security Investigations

**"Poem 1.txt"**

A ".txt" text file named "Poem 1.txt" was located at file path "Root\Users\Marauder\Desktop\". This text file appeared to display a "poem" described within the text as a "pedo prayer" written by "Marauder (former Admin @ Dans Chat)". This text file appeared to have a create date on the current volume of August 16, 2021.



Other portions of the "Poem 1.txt file" appear to show possible names of chats and forums indicative of CSAM such as "Childs Play", "4pedo Image Board", "Onion Pedo Video Archive", "Pedo Chat", and "Pedobook". This text file also contained ".onion" websites which appeared to be CSAM related. A copy of this text file was provided to the case agent for further review.



004972

Department of Homeland Security
Homeland Security Investigations

## LN003 TCL REVVL 4 Smartphone

The LN003 TCL REVVL 4+ smartphone, bearing the serial number "9824005" and the IMEI "015727003028272", had a storage capacity of 64 GB and the dialing number "1-321-346-3334". This phone had the model number "5062Z" and was running the Android 11 operating system. This phone appeared to have a primary user account named "Owner" and did not contain a microSD card for additional storage.

### Device Information

| | |
|---|---|
| Advertising ID #1: | a5fc8053-afca-441f-85e1-3948bbe3a5b3 |
| Android ID | a424da8f10fcf0d2 |
| Bluetooth device address | 64.09:AC:61:88:D7 |
| Bluetooth device name: | REVVL 4+ |
| Detected Phone Model. | 5062Z |
| Detected Phone Vendor: | T-Mobile |
| Detected Phone Vendor, | TCL |
| Locale language | en-US |
| Location Services Enabled | True |
| OS Version | 11 |
| DeviceInfoSecurityPatchLevel | 2022-05-01 |
| Time Zone | (UTC-05:00) New_York (America) |
| ICCID: | 8901260052995959357 |
| IMSI. | 310260059595935 |
| MSISDN: | 13213463334 |

### User Attribution

### "IMG_20220527_174918.jpg"

A ".jpg" picture file named "IMG_20220527_174918.jpg" was located at file path "/data/media/0/DCIM/Camera/". This picture file appeared to be photograph of a Florida driver's license belonging to Frederick Karl HILDENBRAND taken on May 7, 2022 using a REVVL 4+ smartphone according to the file metadata (EXIF).



| ARTIFACT INFORMATION | | | |
|---|---|---|---|
| File Name | IMG_20220527_174918.jpg | Longitude | -80.75061666666667 |
| File Extension | jpg | GPS Longitude | 80°45'2.22" |
| Last Accessed Date/Time | 5/27/2022 9:49:18.000 PM | GPS Longitude Reference | West |
| Last Modified Date/Time | 5/27/2022 9:49:20.000 PM | Altitude (meters) | 14.291 |
| Size (Bytes) | 4,225,316 | Exif Data | Extraction Result: Complete ImageWidth: 4608 ImageHeight: 3456 DateTimeOriginal: 05/27/2022 17:49:20 CreateDate: 05/27/2022 17:49:20 ModifyDate: 05/27/2022 17:49:20 Software: 5062Z-user 11 RKQ1.201202.002 2C60-0 release-keys Make: T-Mobile Model: REVVL 4+ GPSLongitude: -80.750617 GPSLatitude: 28.352894 GPSAltitude: 14.291 |
| Skin Tone Percentage | 49.2 | | |
| Original Width | 4608 | | |
| Original Height | 3456 | | |
| Exif Extraction Status | Complete | | |
| Created Date/Time - Local Time | 5/27/2022 5:49:20.000 PM (Local time) | | |
| Modified Date/Time - Local Time | 5/27/2022 5:49:20.000 PM (Local time) | MD5 Hash | a8dc0e07bd0fbe45619d32e74c83b2e3 |
| Software | 5062Z-user 11 RKQ1.201202.002 2C60-0 release-keys | SHA1 Hash | 8675cebc0f6aa33277fcc500b33341770f0cae2f |
| Make | T-Mobile | Artifact type | Pictures |
| Model | REVVL 4+ | Item ID | 1599496 |
| Latitude | 28.352894444444445 | | |
| GPS Latitude | 28°21'10.42" | EVIDENCE INFORMATION | |
| GPS Latitude Reference | North | Source | 9824005_files_full.zip\data\media\0\DCIM\Camera\IMG_20220527_174918.jpg |
| | | Recovery method | Parsing |

19

004973

Department of Homeland Security
Homeland Security Investigations

Email accounts named "**lowincomefamily@gmail.com**" and "**frederick.k.hildenbrand@gmail.com**" were observed as a significant email accounts for the user(s) of the LN003 TCL REVVL 4+ smartphone.



| User Name ▲ ⋮ | Service Name ⋮ | Location ⋮ | Source |
|---|---|---|---|
| frederick.k.hildenbrand@gmail.com | https://api.id.me/en/session/new | Table: logins(id: 14) | 9824005_files_full.zip\data\data\com.android.chrome\app_chrome\Default\Login Data |
| lowinco11 | https://signin.ebay.com/ws/eBa... | Table: logins(id: 12) | 9824005_files_full.zip\data\data\com.android.chrome\app_chrome\Default\Login Data |
| lowincomefamily@gmail.com | com.google | Table: accounts(_id: 1) | 9824005_files_full.zip\data\system_de\0\accounts_de.db |
| lowincomefamily@gmail.com | com.android.chrome | Table: authtokens(_id: 2),... | 9824005_files_full.zip\data\system_ce\0\accounts_ce.db |
| lowincomefamily@gmail.com | com.google.android.apps.photos | Table: authtokens(_id: 5),... | 9824005_files_full.zip\data\system_ce\0\accounts_ce.db |
| lowincomefamily@gmail.com | com.google.android.videos | Table: authtokens(_id: 9),... | 9824005_files_full.zip\data\system_ce\0\accounts_ce.db |
| lowincomefamily@gmail.com | com.google.android.gms | Table: authtokens(_id: 10),... | 9824005_files_full.zip\data\system_ce\0\accounts_ce.db |
| lowincomefamily@gmail.com | com.google.android.gm | Table: authtokens(_id: 195... | 9824005_files_full.zip\data\system_ce\0\accounts_ce.db |
| lowincomefamily@gmail.com | com.google.android.apps.docs | Table: authtokens(_id: 206... | 9824005_files_full.zip\data\system_ce\0\accounts_ce.db |

### "Marauder-003" User Name

A user account named "**Marauder-003**" was observed within the database file named "Login Data" located at file path "data\data\com.android.chrome\app_**chrome**\Default\". The "Marauder-003" user name was located in the "logins" table within the "username_value" column at "id" number seven (7).



### Other Accounts

Other user accounts such as the accounts named "Elhindenbrand!" and "Warmer Weather" also appeared as associated with the LN003 TCL Smartphone.



20

004974

Department of Homeland Security
Homeland Security Investigations

**Child Sexual Abuse Material Repositories**

**Category 1 Child Abuse Material Files**
Files identified by the case agent as Category 1 CAM on the LN003 TCL Smartphone were located at the following file paths:

- \data\media\0\DCIM\Camera
- \data\media\0\Movies\.thumbnails
- \data\media\0\Pictures\.thumbnails
- \data\user\0\com.google.android.apps.nbu.files\cache\image_manager_disk_cache
- \data\user\0\com.google.android.apps.photos\cache\glide_cache
- \data\user\0\files.fileexplorer.filemanager\cache\image_manager_disk_cache

**Category 2 Child Exploitative Files**
Files identified by the case agent as Category 2 CE on the LN003 TCL Smartphone were located at the following file paths:

- \data\media\0\DCIM\Camera
- \data\media\0\Pictures\.thumbnails
- \data\user\0\com.google.android.apps.nbu.files\cache\image_manager_disk_cache
- \data\user\0\com.google.android.apps.photos\cache\glide_cache
- \data\user\0\files.fileexplorer.filemanager\cache\image_manager_disk_cache

**Files of interest**

**"VID_20220616_123828.mp4"**
A ".mp4" video file named "VID_20220616_123828.mp4" was located at file path "data\media\0\DCIM\Camera\". This video was approximately 5 minutes and 15 seconds in length and was identified by the case agent as a significant Category 1 CAM file due to the identification of a possible minor victim. This video had an MD5 file hash of "bc7e6f67e3f7cb71f6a38c4087f16500" and a SHA1 hash of "07d36d57ff73441a0ab78c3f1f0915bde3bd08e0". The "VID_20220616_123828.mp4" video file appeared to have a creation date of June 16, 2022 according to the associated file metadata.



| File Name | Exif Created Date/Time | File Size (Bytes) | MD5 Hash | Source |
|---|---|---|---|---|
| VID_20220616_123828.mp4 | 6/16/2022 4:43:48.000 PM | 385,846,703 | bc7e6f67e3f7cb71f6a38c4087f16500 | 9824005_files_full.zip\data\media\0\DCIM\Camera\... |

**Chats of interest**
According to chat records on the LN003 smartphone located within a database named "mmssms.db" found at file path "data\data\com.android.providers.telephony\databases\", The user or users of the LN003 smartphone appeared to name themselves "Mr. Hildenbrand" and "Erin" within text message conversations. This indicates that Erin and Frederick Hildenbrand may have both been users of the LN003 smartphone.



mmssms.db : 0x72498 (Table: sms Size: 897024 bytes)

21

004975

Department of Homeland Security
Homeland Security Investigations



---

### LN009 Seagate OneTouch 5 TB External HDD

The LN009 device was a Seagate OneTouch 5 TB external hard drive, made in Thailand, bearing the serial number "NABR3ELY".

### Device Information



22

004976

Department of Homeland Security
Homeland Security Investigations

**User Attribution**

**"Profile Pic 2.png"**

A ".png" picture file named "Profile Pic 2.png" was located at file path "Partition 2 \Frederick Hildenbrand". This picture file appeared to be a portrait style photograph which had a creation date of May 18, 2022 on the current volume. A binary copy of this same file located on the LN001a SanDisk 32 GB thumb drive acquisition has a recorded last write date of November 25, 2012 which indicates the original file creation date is earlier than the year 2022 and that this file resided on another/other volume(s) before being copied to the LN009 device.



**Child Sexual Abuse Material Repositories**

**Category 1 Child Abuse Material Files**

Files identified by the case agent as Category 1 CAM on the LN009 external hard drive were located at the following file paths:

- *Partition 2 \Family Photo Archive\0002-0018 June of 2005, Baby Bath*
- *Partition 2 \1405-1432 July 5th to July 15th 2006*
- *Partition 2 \Family Photo Archive\3782-4215 Camera Unload 7-22-07*
- *Partition 2 \Family Photo Archive\4293-4454 08-13-07 Medina Fair, Flea Market 2006*
- *Partition 2 \Family Photo Archive\4651-3753 9-9-07*
- *Partition 2 \Family Photo Archive\5390-5446 Christmas 2007 (Mostly of Barn Party)*
- *Partition 2 \Family Photo Archive\5409-6703 Emptied 8-20-08*
- *Partition 2 \Family Photo Archive\8069-8094 Christmas 2010, Daddy Frederick Feeds and Changes Baby* ▬▬▬
- *Partition 2 \Family Photo Archive\The THEFT of our children (Disturbing Content) & XXX*

**Category 2 Child Exploitative Files**

Files identified by the case agent as Category 2 CE on the LN009 external hard drive were located at the following file paths:

- *Partition 2 \Family Photo Archive\The THEFT of our children (Disturbing Content) & XXX*
- *Partition 2 \Family Photo Archive\7043-8376 Camera Unload 4-1-10*
- *Partition 2 \Family Photo Archive\5650-5759 Camera Unloaded 03-16-08*
- *Partition 2 \Family Photo Archive\4651-3753 9-9-07*
- *Partition 2 \Family Photo Archive\4293-4454 08-13-07 Medina Fair, Flea Market 2006\5486-5591 Dec 2007 - Jan 2008\Bath Time, Late Jan 2008*
- *Partition 2 \3782-4215 Camera Unload 7-22-07*
- *Partition 2 \Family Photo Archive\0425-0639* ▬▬▬ *.5 to 10 months old*
- *Partition 2 \Family Photo Archive\0002-0018 June of 2005, Baby Bath*

23

004977

Department of Homeland Security
Homeland Security Investigations

- *Partition 2 \Family Photo Archive\0001-0017 First three weeks of June 2005, yup it's a girl alright*
- *Partition 2 \Family Photo Archive\~▓▓▓\101NIKON*
- *(Unallocated Space)*

## Category 3 CGI / Animation Files

Files identified by the case agent as Category 3 CGI / Animation files on the LN009 external hard drive were located at the following file paths:

- *Partition 2 \3D Modeling Software\Yosino 3D loli animations, Hentai\[Yosino] Jukan - Yosino Works Xtras.7z\[Yosino] Jukan - Yosino Works Xtras*
- *Partition 2 \3D Modeling Software\Yosino 3D loli animations, Hentai\[Yosino] Jukan ACE Origin - No. 001(images).7z\[Yosino] Jukan ACE Origin - No. 001(images)*
- *Partition 2 \3D Modeling Software\Yosino 3D loli animations, Hentai\[Yosino] Jukan ACE Origin - No. 002(images).7z\[Yosino] Jukan ACE Origin - No. 002(images)*
- *Partition 2 \3D Modeling Software\Yosino 3D loli animations, Hentai\[Yosino] JukanAce 001-006 (images).7z\[Yosino] JukanAce 001-006 (images)*
- *Partition 2 \Unsorted Junk Folder\Lolicon pics*
- *Partition 2 \Unsorted Junk Folder\Lolicon pics\Fethroesforia Feline 1-25*
- *Partition 2 \Unsorted Junk Folder\Lolicon pics\Fethroesforia Lolicon 1-350*
- *Partition 2 \Unsorted Junk Folder\Lolicon pics\Fethroesforia Toddlercon 1-25*
- *Partition 2 \Unsorted Junk Folder\Lolicon pics\FIFTEE*

---

## LN014 Lighter Shaped USB Thumb Drive / Camera

The LN014 USB device was a lighter-shaped USB thumb drive camera which did not display an observable serial number. No manufacturer information was located visible on this device. This device was recognized by a TX1 forensic device as having a model identifier named "Buildwin Media-Player" and a storage capacity of 32 GB.

### User Attribution

### Carved ".AVI" video at Sector 48831552

A ".avi" video file of interest was located at device offset 25001754624 showing a size of 48,529,408 bytes. This approximately 23 second video file appeared to show Frederick HILDENBRAND recording his face at the approximately 3 second mark. The video frame showing his face displayed a time and date of April 28, 2000 at approximately 10:08 AM. This date appears to be not reliable as HILDENBRANDS face appears too advanced in age when compared to earlier images of his face observed in this case. This indicates that the time and date set on this camera device was incorrect during the recording of the video.



004978

**Child Sexual Abuse Material Repositories**

**Category 1 Child Abuse Material Files**
Files identified by the case agent as Category 1 CAM on the LN014 USB drive camera were located at the following file paths:

- *Unallocated Space (Deleted)*

**Category 2 Child Exploitative Files**
Files identified by the case agent as Category 2 CE on the LN014 USB drive camera were located at the following file paths:

- *Unallocated Space (Deleted)*

----------------------------------------------------------------------------------

**MiniDV Devices of Interest**
The 21 MiniDV Cassette tapes were labeled 'A' through 'U' by the HSI Computer Forensics unit for identification purposes. CSAM was observed by the case agent on multiple MiniDV cassettes.

**Category 1 CAM** was located on the following MiniDV cassette tapes:

**(E.)** This MiniDV had a sticky note with the words "▮▮▮'s **Bath when she had the bruises.**" attached to the MiniDV case. **This case contained a Fujifilm MiniDV cassette with the etched alphanumeric value MDV60 A-XNA2 on the exterior of the cassette.**

**(F.)** This MiniDV had a sticky note which appeared to have the words "▮▮▮▮▮**on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo**" attached to the MiniDV case. **This case contained a Fujifilm MiniDV cassette with the etched alphanumeric value MDV60 A TT16 on the external aspect of the cassette.**

**(L.)** This MiniDV had a sticky note displaying the words "▮▮▮▮▮ **H. 3/26/06 1ˢᵗ birthday**" attached to the MiniDV case. This cassette case holder also contained a piece of paper inside which contained the words ▮▮▮▮ Fri July 12ᵗʰ 2002 Aug 30ᵗʰ 2002 she turns 3 yrs old". This cassette **case contained a Panasonic MiniDV cassette with the printed alphanumeric value 11999IA3 on the external aspect of the cassette**.

**(O.)** This MiniDV had a sticky note appearing to displaying the words "**Moms foot Cedar Point**▮▮▮▮ ▮▮▮ **bath July '03**" attached to the MiniDV case. **This case contained a TDK MiniDV cassette bearing the etched alphanumeric value AAEE209.**

**(P.)** This MiniDV had a sticky note appearing to displaying the words "**XXX**▮▮▮▮▮**Masturbating Herself**" attached to the MiniDV case. **This case contained a Sony MiniDV cassette bearing the etched alphanumeric value 01HC270PG 1613.**

**(Q.)** This MiniDV did not appear to have any handwritten labels attached to the MiniDV case. **This case contained a Fujifilm MiniDV cassette bearing the etched alphanumeric value MDV60 D ZQ16.**

**(T.)** This MiniDV did not have a case and no handwritten labels were observed. **This was a Fujifilm MiniDV cassette bearing the etched alphanumeric value 60 16-IBPC.**

25

Department of Homeland Security
Homeland Security Investigations

**Category 2 CE** was located on the following MiniDV cassette tape:

**(R.)** This MiniDV did not appear to have any handwritten labels attached to the MiniDV case. **This case contained a Sony MiniDV cassette bearing the etched alphanumeric value 01HC270PG 1613** (The same value as the cassette labeled "P").

-----------------------------------------------------------------------------------------------------------------

### TCL Stylus 5G Smartphone (Acquisition by CCSO)

The TCL Stylus 5G smartphone was acquired by the Clay County Sheriff's Office Forensic Unit on August 9, 2024 and provided to the case agent for review. This was a full file system acquisition attained using Celebrite Premium with the MD5 hash "102FF9F4A1EA23AB9A0E674DDDD530C3" and the SHA256 hash of "D8211D703427F797D6FCE7057EB4D27DC9BD2BD2CC25BA59BEB0F051A0B8CF10". I used Cellebrite's Inseyets Physical Analyzer (PA) to review the contents of the acquisition.

### Device Information

| General | |
|---|---|
| Advertising ID #1 | 12627776-4352-41f2-975b-211738a834e8 |
| Chipset: | MT6833V/NZA |
| Android ID: | 98104a4d6a7c491e |
| Bluetooth device address | B4:69:5F:2B:3C:E7 |
| Bluetooth device name | TCL Stylus 5G |
| Carrier Name: | Searching |
| Detected Phone Model. | T779W |
| Detected Phone Vendor: | TCL |
| Locale language; | en-US |
| Location Services Enabled: | True |
| Mock locations allowed: | False |
| OS Version. | 12 |
| DeviceInfoSecurityPatchLevel | 2023-01-01 |
| DeviceModel | TCL Stylus 5G |
| ICCID | 8901260664978955754 |
| IMEI1: | 016099000381511 |
| IMEI2 | 016099000381511 |
| IMSI | 310260667895575 |
| Model: | T779W |
| MSISDN | 13212651504 |
| OS | Android 12 |
| SecurityPatchLevel: | 2023-01-01 |
| Vendor: | TCL |

### User Attribution

### "IMG_20230930_091104.jpg"

A ".jpg" picture file named "IMG_20230930_091104.jpg" was located at file path "data\media\0\DCIM\Camera\Selfies". This picture file appeared to be a "selfie" style photograph of Frederick HILDENBRAND which appeared to be taken with a TCL Stylus 5G and captured on September 30, 2023 according to the file's associated metadata. (Portion of image redacted below)

| Metadata | |
|---|---|
| Camera Make: | TCL |
| Camera Model: | TCL Stylus 5G |
| Capture Time: | 9/30/2023 9:11:05 AM |
| Pixel resolution: | 4160x3120 |
| Resolution: | 72x72 (Unit: Inch) |
| Orientation: | Horizontal (normal) |

26

Department of Homeland Security
Homeland Security Investigations



| | |
|---|---|
| **Name:** | IMG_20230930_091104.jpg |
| **Type:** | Images |
| **Size (bytes):** | 2468624 |
| **Path:** | EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/Selfies/IMG_20230930_091104.jpg |
| **Created:** | |
| **Accessed:** | |
| **Modified:** | 9/30/2023 1:11:05 PM(UTC+0) |
| **Changed:** | |
| **Deleted:** | |
| **Extraction:** | File System |
| **MD5:** | 047536eced811d9abb267d6f0c91a5fa |
| **MD5 in origin:** | |
| **Source file:** | EXTRACTION_FFS.zip/data/media/0/DCIM/Camera/Selfies/IMG_20230930_091104.jpg : 0x0 |

**Child Sexual Abuse Material Repositories**

**Category 1 Child Abuse Material Files**
Files identified by the case agent as Category 1 CAM on the TCL Stylus 5G smartphone were located at the following file paths:

- \data\media\0\Pictures\Screenshots
- \data\media\0\Pictures\.thumbnails
- \data\media\0\DCIM\Camera

27

004981

Department of Homeland Security
Homeland Security Investigations

- \data\data\com.tclhz.gallery\cache\image_manager_disk_cache
- \data\data\com.google.android.googlequicksearchbox\cache\image_manager_disk_cache
- \data\data\com.google.android.apps.nbu.files\cache\image_manager_disk_cache

## Category 2 Child Exploitative Files
Files identified by the case agent as Category 2 CE on the LN00 were located at the following file paths:

- \data\user_de\0\com.android.providers.telephony\app_parts
- \data\media\0\Pictures\.thumbnails
- \data\media\0\Marauder\Je̶~~⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛~~
- \data\media\0\Marauder
- \data\media\0\DCIM\Camera
- \data\data\com.tclhz.gallery\files\faceAlbumCover
- \data\data\com.tclhz.gallery\cache\image_manager_disk_cache
- \data\data\com.google.android.googlequicksearchbox\cache\image_manager_disk_cache
- \data\data\com.google.android.apps.nbu.files\cache\image_manager_disk_cache
- \data\data\com.android.messaging\cache\mediascratchspace

## Accounts of interest

### Facebook
The TCL Stylus 5G smartphone contained information about a Facebook account associated with the TCL Stylus 5G which had the with the username "frederickhildenbrand". Information related to the Facebook account named Frederick HILDENBRAND and the Facebook ID number 100090833521755 was located in multiple databases, including the database named "msys_database_100090833521755" located at file path "/data/data/com.facebook.katana/app_mib_msys/v2/100090833521755/".



| Name | ↓ Username | Other Entries | Additional Info | Source | Source file information |
|------|-----------|---------------|-----------------|--------|------------------------|
| Frederick Hildenbrand | frederickhildenbrand | Facebook Id 100090833521755<br>Pic Square https://scontent-mia3-1.xx.fbcdn...<br>Profile Picture size: 694 https://scontent-m...<br>profile_picture_url https://scontent-mia3-1...<br>profile_picture_large_url https://scontent-m... | Date of Birth 20/02 | Facebook | msys_database 100090833521755 : 0x9E148<br>logged_in 100090833521755 : 0x8B<br>sao 100090833521755 archived_facebook_contact_st...<br>: 0x7E22<br>authentication : 0xF3<br>375 3a3641051978797935157946549189139%<br>3a180 390396023320096 : 0x78C4 |
| Frederick Hildenbrand | frederickhildenbrand | Facebook Id 100090833521755<br>Pic Square https://scontent.xx.fbcdn.net/v/t...<br>profile_picture_url https://scontent.xx.fbcdn....<br>profile_picture_large_url https://scontent.xx....<br>Phone Number +13212651504 | | Facebook Messenger | msys_database 100090833521755 : 0x50BDD5<br>logged_in 100090833521755 : 0x84E<br>authentication : 0xEB |

## Other Device Dispositions:

No digital artifacts indicating the presence of CSAM were located on the other acquired devices at the time of this writing. Future acquisitions and analysis of the data may be necessary to find pertinent information regarding these devices.

## Acquisition Details:

### CCSO Case 2024010310 items

### LN001a SanDisk 32 GB Thumb Drive
On June 4, 2024, I retrieved the LN001a thumb drive, serial number 20044324430A354388B2, from the evidence room and I documented the device identifiers. I connected this 32 GB SanDisk thumb drive to a T8u USB write-blocker which was connected to a forensic workstation running the FTK Imager program. I

28

004982

Department of Homeland Security
Homeland Security Investigations

used FTK Imager to copy the data from the LN001a SanDisk thumb drive to a government owned network drive in the form of an Expert Witness (E01) file. The data acquisition completed successfully. I disconnected the LN001a thumb drive from the T8u write-blocker and returned this device to the evidence room.

**LN001b SanDisk 4 GB Thumb Drive**
On June 4, 2024, I retrieved the LN001b SanDisk U3 Cruzer Micro thumb drive, serial number 00001675C67120A3, from the evidence room and I documented the device identifiers. I connected this 4 GB SanDisk thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN001b SanDisk thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I disconnected this LN001b SanDisk thumb drive from the TX1 imager and returned this thumb drive to the evidence room.

**LN001c SanDisk 4 GB Thumb Drive**
On June 4, 2024, I retrieved the LN001c SanDisk U3 Cruzer Micro 4 GB thumb drive, serial number 00001675C670D64D, from the evidence room and I documented the device identifiers. I connected this 4 GB SanDisk thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN001c SanDisk thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this thumb drive from the TX1 and then returned it to the evidence room.

**LN001d SanDisk 4 GB Thumb Drive**
On June 4, 2024, I retrieved the LN001d thumb drive, serial number 00001675C670DB9C, from the evidence room and I documented the device identifiers. I connected this 4 GB SanDisk thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN001d SanDisk thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this thumb drive from the TX1 and then returned it to the evidence room.

**LN001e SanDisk 16 GB Thumb Drive**
On June 4, 2024, I retrieved the LN001e SanDisk 16GB Cruzer thumb drive, serial number 0164530C54D0164F, from the evidence room and I documented the device identifiers. I connected this 16 GB SanDisk thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN001e SanDisk thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this thumb drive from the TX1 and then returned it to the evidence room.

**LN002a SanDisk 8 GB Thumb Drive**
On June 20, 2024, I retrieved the LN002a SanDisk Cruzer Micro thumb drive, serial number 43175313F2C16DBA, from the evidence room and I documented the device identifiers. I connected this SanDisk 8 GB thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN002a SanDisk thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I disconnected this thumb drive from the TX1 and then returned it to the evidence room.

**LN002b MobileMate 1 GB Thumb Drive**
On June 20, 2024, I retrieved the LN002b MobileMate thumb drive, serial number 200435137218A8E0602D, from the evidence room and I documented the device identifiers. I connected this MobileMate 1 GB thumb drive to a TX1 write-blocking disk duplicator. I then used the TX1 to copy the data from the thumb drive to a government owned storage drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this MobileMate thumb drive from the TX1 and returned it to the evidence room.

**LN002c MobileMate 1 GB Thumb Drive**
On June 20, 2024, I retrieved the LN002c MobileMate 1GB thumb drive, serial number 200445287318BBA27C54, from the evidence room and I documented the device identifiers. I connected this MobileMate 1 GB thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data

29

004983

Department of Homeland Security
Homeland Security Investigations

from this thumb drive to a government owned storage drive in the form of an E01 file. The data acquisition completed successfully. I disconnected the MobileMate thumb drive from the TX1 and then returned it to the evidence room.

### LN003a SanDisk 1 GB Thumb Drive

On June 20, 2024, I retrieved the LN003a SanDisk 1 GB thumb drive, serial number 20041100821d52935e94, from the evidence room and I documented the device identifiers. I connected this SanDisk Cruzer Micro 1 GB thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the SanDisk 1 GB thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this thumb drive from the TX1 and returned it to the evidence room.

### LN003b SanDisk 1 GB Thumb Drive

On June 20, 2024, I retrieved the LN003b SanDisk 1 GB thumb drive, serial number 0000608052E0258C, from the evidence room and I documented the device identifiers. I connected this SanDisk U3 Cruzer Micro thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from this thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected the SanDisk U3 Cruzer Micro 1 GB thumb drive from the TX1 and returned it to the evidence room.

### LN003c Innovera 1 GB Thumb Drive

On June 20, 2024, I retrieved the LN003c Innovera thumb drive, serial number SJA1YB2CJBKUZ1D0, from the evidence room and I documented the device identifiers. I connected this Innovera 1 GB thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN003c thumb drive to a government owned storage drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this thumb drive from the TX1 and then returned it to the evidence room.

### LN003d Lexar 256 Megabyte (MB) thumb Drive

On June 20, 2024, I retrieved the LN003d Lexar 256 MB thumb drive, serial number 106A6805222739301106, from the evidence room and I documented the device identifiers. I connected this Lexar JD Firefly thumb drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from this thumb drive to a government owned network drive in the form of an E01 file. The data acquisition completed successfully. I then disconnected this thumb drive from the TX1 and then returned it to the evidence room.

### 21 Mini DV tapes (Labeled 'A' through 'U' by HSI Jacksonville Computer Forensics)

**A.** On August 30, 2024, I retrieved the MiniDV, Fujifilm MiniDV "Fri May 21st 2004 Erin 9:45 to 10:45 pm" on sticky note inside case, from the evidence room, photographed the MiniDV, and labeled it 'A'. I set hardware lock on August 30, 2024, and reviewed the video on this device. No indication of CSAM was observed on this video during manual review using a MiniDV playback device. I then returned this MiniDV to the evidence room.

**B.** On September 3, 2024, I retrieved the MiniDV I labeled "B" from the evidence room. This MiniDV had a sticky note with the words "████ █████████ First both in my living room" attached to the MiniDV case. This case contained a TDK MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**C.** On September 3, 2024, I retrieved the MiniDV I labeled "C" from the evidence room. This MiniDV had a sticky note with the words "████ Late Jan 2004" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

30

004984

Department of Homeland Security
Homeland Security Investigations

**D.** On September 3, 2024, I retrieved the MiniDV I labeled "D" from the evidence room. This MiniDV had a sticky note with the words "▮▮▮ Feb 11th 2004 11pm-2am" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**E.** On September 3, 2024, I retrieved the MiniDV I labeled "E" from the evidence room. This MiniDV had a sticky note with the words "A▮▮▮▮ Bath when she had the bruises." attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette with the etched alphanumeric value MDV60 A-XNA2 on the exterior of the cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. This MiniDV did appear to contain CSAM. I used the MiniDV playback device connected to a forensic workstation to copy the video from the cassette to an MP4 file to be used for evidence purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**F.** On September 3, 2024, I retrieved the MiniDV I labeled "F" from the evidence room. This MiniDV had a sticky note which appeared to have the words "▮▮▮▮▮ on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette with the etched alphanumeric value MDV60 A TT16 on the external aspect of the cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. This MiniDV did appear to contain CSAM. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used for evidence purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**G.** On September 3, 2024, I retrieved the MiniDV I labeled "G" from the evidence room. This MiniDV had a sticky note displaying the words "Me+Erin our wedding" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**H.** On September 3, 2024, I retrieved the MiniDV I labeled "H" from the evidence room. This MiniDV had a sticky note with the words "▮▮▮▮ 2nd time on her couch" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**I.** On September 4, 2024, I retrieved the MiniDV I labeled "I" from the evidence room. This MiniDV had a sticky note with the words "J▮▮▮▮▮ Birth" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**J.** On September 4, 2024, I retrieved the MiniDV I labeled "J" from the evidence room. This MiniDV had a sticky note displaying the word "Erin" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**K.** On September 4, 2024, I retrieved the MiniDV I labeled "K" from the evidence room. This MiniDV had a sticky note displaying the words "Me doing Anal" attached to the MiniDV case. This case contained a TDK MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**L.** On September 4, 2024, I retrieved the MiniDV I labeled "L" from the evidence room. This MiniDV had a sticky note displaying the words "▮▮▮▮▮▮▮ 3/26/06 1st birthday" attached to the MiniDV case.

31

004985

This cassette case holder also contained a piece of paper inside which contained the words "████Fri July 12th 2002 Aug 30th 2002 she turns 3 yrs old". This cassette case contained a Panasonic MiniDV cassette with the printed alphanumeric value 11999IA3 on the external aspect of the cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. Video appearing to be CSAM was observed on this Panasonic MiniDV cassette. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used for evidence purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**M.** On September 4, 2024, I retrieved the MiniDV I labeled "M" from the evidence room. This MiniDV had a sticky note displaying the words "████? Birth Tape" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**N.** On September 4, 2024, I retrieved the MiniDV I labeled "N" from the evidence room. This MiniDV had a sticky note displaying the words "Me + Erin Having sex at Medina" attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**O.** On September 4, 2024, I retrieved the MiniDV I labeled "O" from the evidence room. This MiniDV had a sticky note appearing to displaying the words "Moms foot Cedar Point ████ bath July '03" attached to the MiniDV case. This case contained a TDK MiniDV cassette bearing the etched alphanumeric value AAEE209. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. Video appearing to be CSAM was observed on this TDK MiniDV cassette. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used for evidence purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**P.** On September 5, 2024, I retrieved the MiniDV I labeled "P" from the evidence room. This MiniDV had a sticky note appearing to displaying the words "XX████Masturbating Herself" attached to the MiniDV case. This case contained a Sony MiniDV cassette bearing the etched alphanumeric value 01HC270PG 1613. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. CSAM was observed on this Sony MiniDV cassette. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used as a representative file for evidence review purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**Q.** On September 5, 2024, I retrieved the MiniDV I labeled "Q" from the evidence room. This MiniDV did not appear to have any handwritten labels attached to the MiniDV case. This case contained a Fujifilm MiniDV cassette bearing the etched alphanumeric value MDV60 D ZQ16. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. CSAM was observed on this Fujifilm MiniDV cassette. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used as a representative file for evidence review purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**R.** On September 5, 2024, I retrieved the MiniDV I labeled "R" from the evidence room. This MiniDV did not appear to have any handwritten labels attached to the MiniDV case. This case contained a Sony MiniDV cassette bearing the etched alphanumeric value 01HC270PG 1613 (The same value as the cassette labled "P"). I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. Possible CSAM was observed on this Sony MiniDV cassette. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used as a representative file for evidence review purposes. The MP4 was placed onto an optical disc for case review. I then returned the cassette to the evidence room.

**S.** On September 5, 2024, I retrieved the MiniDV I labeled "S" from the evidence room. No handwritten label information was observed attached to the MiniDV case. This case contained a JVC MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**T.** On September 5, 2024, I retrieved the MiniDV I labeled "T" from the evidence room. This MiniDV did not have a case and no handwritten labels were observed. This was a Fujifilm MiniDV cassette bearing the etched alphanumeric value 60 16-IBPC. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. Possible CSAM was observed on this Fujifilm MiniDV cassette. I used the MiniDV playback device connected to a forensic workstation via USB to copy the video from the cassette to an MP4 file to be used as a representative file for evidence review purposes. The MP4 was placed onto an optical disc cassette for case review. I then returned the cassette to the evidence room.

**U.** On September 5, 2024, I retrieved the MiniDV I labeled "U" from the evidence room. This MiniDV did not have a case. This was a Sony MiniDV cassette. I set the hardware lock on this cassette and then used a playback device to review the contents of the MiniDV. No indication of CSAM was observed on the MiniDV cassette at the time of this writing. I then returned this cassette to the evidence room.

**Other device:**
On September 5, 2024, I observed there was one standard size TDK Revue 6 Hour VHS tape which was not reviewed left inside the evidence bag, I did not have a VHS machine available for playback. This VHS tape remains in the evidence bag, with no action taken at the time of this writing. I informed the case agent of the device disposition and informed them of how to manually review the tape.

---

### (FPF No. 2024180300051901)

### LN001 HP Laptop (Silver)
On August 9, 2024, I retrieved the LN001 HP Laptop from the evidence room and photographed the device. I observed one (1) Samsung 256 GB SSD and one (1) Western Digital 1 Terabyte (HDD) Hard Disk Drive (HDD) within laptop computer. I then returned the laptop to the evidence room. On August 30, 2024, I retrieved the HP laptop from the evidence room and connected the Samsung 256 GB SSD and the Western Digital 1 TB HDD to a TX1 write blocking duplicator. I used the TX1 to acquire the data from these two (2) storage drives. These acquisitions completed successfully. I disconnected these drives from the TX1 and returned them to the LN001 HP laptop before returning the laptop to the evidence room.

### LN002 HP Laptop (Blue)
On August 9, 2024, I retrieved the LN002 blue HP Pavilion 17-g123ds laptop bearing the serial number "5CD5376P4R" from the evidence room and I documented the device identifiers. This laptop contained one (1) Toshiba MQ01ABD100 1 TB drive bearing the serial number "85I7C4IHT". I disconnected the HDD from the computer and connected the device to a T35u write-blocker connected to my forensic workstation in order to preview the contents of the device. This device appeared to contain files indicative of CSAM. I disconnected the HDD from the T35u write-blocker and connected the HDD to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the TX1 to a government owned network drive in the form of an E01 file. On August 12, 2024, I observed that the acquisition did not complete, but stagnated for a prolonged period of time. I canceled the acquisition attempt and disconnected the HDD from the TX1. I then connected the HDD to a T35u write blocker connected to a forensic workstation running the Cyacomb program. I used the Cyacomb program to preview the files on the device against a CSAM hash set and determined that there were Category 1 Child Abuse Material (CAM) files present on the LN002 HP Laptop's Toshiba 1TB HDD. I disconnected the HDD from the T35u write-blocker and connected the drive to a Falcon-neo write-blocking disk duplicator to make a second attempt at acquiring the data from the LN002 HDD. The device acquisition completed successfully. I then disconnected the drive from the Falcon disk duplicator and returned the drive and the computer to the evidence room.

004987

Department of Homeland Security
Homeland Security Investigations

### LN003 TCL REVVL 4+ Smartphone

On August 9, 2023, I observed that the LN003 smartphone's battery appeared as not charged. I connected the smartphone to a charging station within the evidence room in order to prepare the device for an acquisition attempt. I then disconnected the phone from the charging station and powered-on the device. I observed that the phone appeared to turn on and did not have a screen lock set. I placed the device in airplane mode and then connected the phone to a GrayKey device. I used the GrayKey device to attempt a full file system acquisition. The acquisition completed successfully. I disconnected the LN003a smartphone from the GrayKey device and returned the TCL smartphone to the evidence room.

### LN004 TCL A1 A501DL Smartphone

On August 27, 2024, I retrieved the LN004 TCL Smartphone, bearing the IMEI 015293005410927, from the evidence room and documented the device identifiers. I then returned this item to the evidence room. On September 10, 2024, I retrieved the LN004 TCL A501DL smartphone from the evidence room and observed that the phone did not contain a battery. I attempted to power the phone using USB connected power-cables but was not able to power-on the device. No acquisition of this device was made at the time of this writing.

### LN005 Samsung SM-G386T1 Smartphone with Pop Socket

On August 27, 2024, I retrieved the LN005 Samsung Smartphone, bearing the serial number R28FC1FPKXV, from the evidence room and documented the device identifiers. I then returned this device to the evidence room. On September 10, 2024, I retrieved this item from the evidence room and charged the device via USB. I powered-on the device and observed that the phone was not locked. I enabled developer options, set the phone to "stay awake", and enabled USB debugging. I connected the phone to a forensic workstation running the UFED 4PC program and attempted to acquire the device data. This acquisition was not successful. I manually reviewed the phone and observed the phone had an owner name called "Ka████████er" with the associated email address "kan███████████@gmail.com". No files indicative of CSAM were observed on this device during a manual review of the file system. I then returned this Samsung smartphone to the evidence room

### LN006 Vertex 3 OCZ Technology 120GB SSD

On August 27, 2024, I retrieved the LN006 Vertex 3 OCZ Technology SSD bearing the serial number "02541110027459" from the evidence room and documented the device identifiers. On September 4, 2024, I connected this SSD drive to a TX1 Write blocking disk duplicator and used the TX1 to copy the data from this SSD to a government owned storage drive in the form of an E01 file. The acquisition completed successfully. I then disconnected this drive from the TX1 and returned it to the evidence room.

### LN007 Portable SSD Mobile Storage USB

On August 27, 2024, I retrieved the LN007 Portable SSD Mobile Storage USB external drive and photographed the external aspect of the device. This device did not display any other identifiers. I connected this device to a TX1 write-blocking disk duplicator and used the TX1 to copy the data from the LN007 device to a government owned storage drive. The acquisition of the USB portable SSD did not complete successfully. I used a T8u write blocker to connect this SSD to a forensic workstation and I conducted a manual review of the files on this device. No indication of CSAM was found on this device at the time of this writing.

### LN008 Seagate One Touch 5 TB External HDD (SN: NABR39EH)

On August 27, 2024, I retrieved the LN008 Seagate external HDD and I documented the device identifiers. On September 4, 2024, I retrieved this device from the evidence room and connected it to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN008 external HDD to a government owned storage drive. This acquisition completed successfully. I then disconnected the external HDD from the TX1 and returned it to the evidence room.

### LN009 Seagate One Touch External HDD 5TB (SN: NABR3ELY)

On August 8, 2024, I retrieved the LN009 Seagate external HDD. I connected the device to a Tableau Forensic T8u USB write-blocker, serial number "2308106B", and used the FEX program to preview the

34

Department of Homeland Security
Homeland Security Investigations

contents of the device to determine if there were any indicators of CSAM observable on this device. This device appeared to contain indicators of possible CSAM and information related to apparently CSAM related websites/online groups. I disconnected the device from the T8u and connected the drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN004d Seagate external HDD to a government-owned network drive in the form of an E01 file. The acquisition completed successfully. I disconnected the drive from the TX1 and returned it to the evidence room. I then proceeded to use the FEX program to verify the file acquisition. The verification process completed successfully with a value of "Pass".

### LN010 Toshiba D3303 1TB External HDD (SN: 73STP4L2TSX3)

On August 27, 2024, I retrieved the LN010 Toshiba 1TB external hard drive from the evidence room and I documented the device identifiers. On September 5, 2024, I retrieved this hard drive from the evidence room and I connected it to a TX1 write blocking disc duplicator. I used the TX1 to copy the data from the LN010 Toshiba external HDD to a government owned storage drive in the form of an E01 file. The acquisition completed successfully. I disconnected the LN010 Toshiba external hard drive from the TX1 and I returned this external drive to the evidence room.

### LN011 Toshiba D3303 1TB External HDD (SN: 82BPTGKSTSX3)

On August 27, 2024, I retrieved the LN011 Toshiba 1TB external hard drive from the evidence room and I documented the device identifiers. I then returned the LN011 external HDD to the evidence room. On September 9, 2024, I retrieved the LN011 Toshiba 1TB External HDD from the evidence room and connected this device to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN011 external hard drive to a government-owned network drive. This acquisition completed successfully. I then disconnected the LN011 Toshiba HDD from the TX1 and returned it to the evidence room.

### LN012 Seagate Free Agent Go Flex External HDD 1TB

On August 27, 2024, I retrieved the LN012 Seagate Free Agent 1TB external hard drive, bearing the serial number NA0C8ZCA, from the evidence room and I documented the device identifiers. I then returned this item to the evidence room. On September 10, 2024, I retrieved the LN012 Seagate FreeAgent GoFlex 1 TB external hard drive from the evidence room and I connected the external HDD to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN012 external hard drive to a government-owned storage drive in the form of an E01 file. This acquisition completed successfully. I then disconnected the Seagate HDD from the TX1 and returned the LN012 device to the evidence room.

### LN013 Seagate Backup Plus Desktop Drive 3TB Drive

On August 27, 2024, I retrieved the LN004h Seagate Backup Plus 3 TB external hard drive, bearing the serial number NA5JBNNJ, from the evidence room and I documented the device identifiers. I then returned this item to the evidence room. On September 12, 2024, I retrieved the LN013 Seagate external HDD from the evidence room and I connected this drive to a TX1 write-blocking disk duplicator. I used the TX1 to copy the data from the LN013 external HDD to a government-owned storage drive in the form of an E01 file. This acquisition competed successfully. I then disconnected the LN013 Seagate drive from the TX1 and returned it to the evidence room.

### LN014 Lighter-shaped "Spy" Camera/Thumb Drive

On August 27, 2024, I retrieved the LN014 32 GB lighter-shaped thumb drive, which appeared to also be a camera, from the evidence room and I documented the device identifiers. I then returned this device to the evidence room. On September 14, 2024, I retrieved the LN014 lighter-shaped USB thumb drive camera from the evidence room and I connected the USB drive to a TX1 write-blocking disk duplicator and used the TX1 to copy the data from this lighter-shaped USB drive camera to a government owned storage drive in the form of an E01 file. This acquisition completed successfully. I then disconnected the thumb drive from the TX1 device and returned the USB thumb drive to the evidence room

### LN015 Black and Silver "Spy" Camera/Thumb Drive

On August 27, 2024, I retrieved the LN015 32 GB black and silver thumb drive, which appeared to also be a camera with inconspicuous buttons on the sides of the thumb drive and, from the evidence room and I

35

004989

Department of Homeland Security
Homeland Security Investigations

documented the device identifiers. I then returned this device to the evidence room. On September 14, 2024, I retrieved the LN015 thumb drive from the evidence room and I connected the USB drive to a TX1 write-blocking disk duplicator and used the TX1 to copy the data from this 32GB USB drive camera to a government owned storage drive in the form of an E01 file. This acquisition completed successfully. I then disconnected the thumb drive from the TX1 device and returned the thumb drive to the evidence room.

### (6051 No. 7188656)

### LN001 Motorola Moto G 5G Smartphone

On September 13, 2024, HSI Jacksonville Computer Forensics received the LN001 Motorola Moto G 5G smartphone from the case agent. On September 18, 2024, I retrieved this smartphone, bearing the serial number ZY22GR988V, from the evidence room and I documented the device identifiers. I was not able to attain a connection for data acquisition at the time of this writing. I performed a manual review of the smartphone and informed the case agent about the nature of the contents and the ability to review the phone in an unlocked state. No acquisition of this device was made at the time of this writing and I returned the phone to the evidence room.

### (FPF No. 2024180300054401)

### LN001 Apple iPhone XR

On August 26, 2024, I retrieved this Apple iPhone XR, bearing the serial number F2LZK13PKXKW, from the evidence room and I documented the device identifiers. I determined that the battery did not appear to be charged and connected this device to a USB charging station. After charging I observed that the phone was in a powered-on state and was locked with what appeared to be a six-digit pin. I connected this device to a GrayKey device and attempted to use GrayKey to unlock the device via brute-force. On August 27, 2024, I observed that the brute-force attempt failed and no passcode was found for the device at the time of this writing. I then used GrayKey to perform a partial Before First Unlock (BFU) acquisition. This partial acquisition completed successfully and I disconnected the device from the GrayKey device and returned it to the evidence room.

| Case Details | |
|---|---|
| Case Identifier | Frederick HILDENBRAND |
| Case Number | JX07QS24JX0016 |
| Case Agent | SA Ben Luedke |
| Primary CFA | CFA Antonio Contes |
| Case Office | HSI Jacksonville |

| Line Item Details | |
|---|---|
| Description | LN001a SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |
| Model | Cruzer Glide |
| Serial Number | BM120423458B |

36

004990

Department of Homeland Security
Homeland Security Investigations

| | 20044324430A354388B2 |
|---|---|
| Storage Capacity | 32 GB |
| Country of Origin | Made in China |
| Acquisition CFA | CFA Antonio Contes |

| | |
|---|---|
| Name | LN001a_SanDisk_32GB_thumbDrive.E01 |
| Sector count | 62530624 |
| **MD5 Hash** | |
| Computed hash | cf7353b91905720425d88a0d7f473bf0 |
| Stored verification hash | cf7353b91905720425d88a0d7f473bf0 |
| Report Hash | cf7353b91905720425d88a0d7f473bf0 |
| Verify result | Match |
| **SHA1 Hash** | |
| Computed hash | 726a0d0b8cef3f9289806090177b4eb75e1bfbba |
| Stored verification hash | 26a0d0b8cef3f9289806090177b4eb75e1bfbba |
| Report Hash | 726a0d0b8cef3f9289806090177b4eb75e1bfbba |
| Verify result | Match |

| Line Item Details | |
|---|---|
| Description | LN001b SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |
| Model | U3 Cruzer Micro |
| Serial Number | Nonvisible externally 00001675C67120A3 |
| Storage Capacity | 4 GB |
| Country of Origin | nonvisible |
| Acquisition CFA | CFA Antonio Contes |

File Name Base: LN001b_SanDisk_4GB_Thumb_Drive
Verification: Finished OK
Verification Sha1: 2ed0 320c e925 8614 a6ca 4479 2c41 e302 8591 ba2e
Verification Md5: 4c31 9991 97ac 9c4d 7d42 ce00 27b8 1225

| Line Item Details | |
|---|---|
| Description | LN001c SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |
| Model | U3 Cruzer Micro |
| Serial Number | BH0710AAHB 00001675C670D64D |
| Storage Capacity | 4 GB |
| Country of Origin | Made In China |
| Acquisition CFA | CFA Antonio Contes |

37

004991

Department of Homeland Security
Homeland Security Investigations

**File Name Base:** LN001c_SanDisk_4GB_thumbDrive
**Verification:** Finished OK
**Verification Sha1:** 790a 5ccb b236 18ca 641f eb34 fa6a 550d 0510 5b8b
**Verification Md5:** 4aa8 5910 95d4 5a80 0a9f 48ff 2f44 84ce

| Line Item Details | |
|---|---|
| Description | LN001d SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |
| Model | U3 Cruzer Micro |
| Serial Number | BH0710AAHB 00001675C670DB9C |
| Storage Capacity | 4 GB |
| Country of Origin | Made in China |
| Acquisition CFA | CFA Antonio Contes |

**File Name Base:** LN001d_SanDisk_4GB_thumbDrive
**Verification:** Finished OK
**Verification Sha1:** 9ecd be34 3d74 e472 5186 45b5 46cd 6e75 64b6 282a
**Verification Md5:** 30e2 c664 10d8 46a8 70c6 1d56 9f9e f830

| Line Item Details | |
|---|---|
| Description | LN001e SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |
| Model | Cruzer |
| Serial Number | 0164530C54D0164F |
| Storage Capacity | 16 GB |
| Country of Origin | nonvisible |
| Acquisition CFA | CFA Antonio Contes |

**File Name Base:** LN001e_SanDisk_16GB_thumbDrive
**Verification:** Finished OK
**Verification Sha1:** d819 f994 9e34 9992 bd46 0cb3 736c 2165 d206 b2d5
**Verification Md5:** 221e 486b fada 55ff 4a18 f778 ad56 8dfc

| Line Item Details | |
|---|---|
| Description | LN002a SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |

38

004992

Department of Homeland Security
Homeland Security Investigations

| Model | Cruzer Micro |
|---|---|
| Serial Number | 43175313F2C16DBA |
| Storage Capacity | 8 GB |
| Country of Origin | Made in China |
| Acquisition CFA | CFA Antonio Contes |

File Name Base: LN002a_SanDisk_8GB_thumbDrive
Verification: Finished OK
Verification Sha1: 2159 924c d8a2 5335 9882 ade5 4a7f 0197 1c54 d6fe
Verification Md5: be01 2928 cb8e a405 7694 893b ec4f 0e31

| Line Item Details | |
|---|---|
| Description | LN002b MobileMate Thumb Drive |
| Type | Thumb drive |
| Make | MobileMate |
| Model | MobileMate |
| Serial Number | 200435137218A8E0602D |
| Storage Capacity | 1 GB |
| Country of Origin | nonvisible |
| Acquisition CFA | CFA Antonio Contes |

File Name Base: LN002b_MobileMate_1GB_thumbDrive
Verification: Finished OK
Verification Sha1: b7b0 adfd 8da0 acdf efd6 8343 de9b 0831 f9c8 b2e0
Verification Md5: 334f 3d77 ae43 18b4 931b d8e3 5e64 05b3

| Line Item Details | |
|---|---|
| Description | LN002c MobileMate Thumb Drive |
| Type | Thumb drive |
| Make | MobileMate |
| Model | MobileMate |
| Serial Number | 200445287318BBA27C54 |
| Storage Capacity | 1 GB |
| Country of Origin | nonvisble |
| Acquisition CFA | CFA Antonio Contes |

File Name Base: LN002c_1GB_MobileMate_thumbDrive
Verification: Finished OK
Verification Sha1: e5a2 bed8 6e95 d879 c305 e313 5f6d baf5 7f30 e5a0
Verification Md5: 7df3 a65e 0240 4e9f 5980 fbb2 0143 a96d

| Line Item Details |
|---|

39

004993

Department of Homeland Security
Homeland Security Investigations

| Description | LN003a SanDisk Thumb Drive |
|---|---|
| Type | Thumb drive |
| Make | SanDisk |
| Model | Cruzer Micro |
| Serial Number | 20041100821d52935e94 |
| Storage Capacity | 1 GB |
| Country of Origin | nonvisible |
| Acquisition CFA | CFA Antonio Contes |

**File Name Base:** LN003a_SanDisk_thumbDrive_1GB
**Verification:** Finished OK
**Verification Sha1:** 5dc3 0083 ebf8 8fff 375d 94a3 3207 1217 9d51 52ea
**Verification Md5:** 0cb5 d892 0c7d 9316 d0e4 1109 495e 1026

| Line Item Details | |
|---|---|
| Description | LN003b SanDisk Thumb Drive |
| Type | Thumb drive |
| Make | SanDisk |
| Model | U3 Cruzer Micro |
| Serial Number | 0000608052E0258C |
| Storage Capacity | 1 GB |
| Country of Origin | Made in China |
| Acquisition CFA | CFA Antonio Contes |

**File Name Base:** LN003b_SanDisk_thumbDrive_1GB
**Verification:** Finished OK
**Verification Sha1:** 2dd9 c83a 8795 9785 9f16 2d94 d244 747e 3efe 2c07
**Verification Md5:** f0c8 d387 c86d 6cdc 8cf9 f2c5 b930 d518

| Line Item Details | |
|---|---|
| Description | LN003c Innovera Thumb Drive |
| Type | Thumb drive |
| Make | Innovera |
| Model | Disk 2.0 |
| Serial Number | SJA1YB2CJBKUZ1D0 |
| Storage Capacity | 1 GB |
| Country of Origin | nonvisible |
| Acquisition CFA | CFA Antonio Contes |

40

004994

Department of Homeland Security
Homeland Security Investigations

**File Name Base:** LN003c_Innovera_thumbDrive_1GB
**Verification:** Finished OK
**Verification Sha1:** 76b9 3cc0 de6a f9c7 5a14 c12a 772e a070 cc90 964a
**Verification Md5:** a6a7 ca9b 013f 424d 9d59 8c3f ad33 cca4

| Line Item Details | |
| --- | --- |
| Description | LN003d Lexar Thumb Drive |
| Type | Thumb drive |
| Make | Lexar |
| Model | JD Firefly |
| Serial Number | 106A6805222739301106 |
| Storage Capacity | 256 MB |
| Country of Origin | Made in China |
| Acquisition CFA | CFA Antonio Contes |

**File Name Base:** LN003d_Lexar_256MB_thumbDrive
**Verification:** Finished OK
**Verification Sha1:** 3d52 6a4f 96b8 020b 305c 7a1a f7a1 7ca1 b7fb 35ba
**Verification Md5:** 35ef 2067 4874 f4d4 f70c f1df 846c 90f9

**(FPF No. 2024180300051901)**

| Line Item Details | |
| --- | --- |
| Description | LN001 HP Laptop (Silver) |
| Type | Computer |
| Make | Hewlett-Packard |
| Model | 17-cn3097nr |
| Serial Number | 5CG3402VWZ |
| Country of Origin | Made in China |
| Storage Type LN001a | SSD |
| Storage Make | Samsung |
| Storage Model | PM9B1 |
| Storage Serial Number | S6B6NF0W418835 |
| Storage COA | Product of China |
| Storage Capacity | 256 GB BitLocker (key ID: C9188A65) |
| Storage TypeLN001b | HDD |
| Storage Make | WD |
| Storage Model | WD10SPZX |
| Storage Serial Number | WX82A63FLEDD |
| Storage COA | Made in Thailand |
| Storage Capacity | 1 TB |
| Acquisition CFA | CFA Antonio Contes |

41

004995

Department of Homeland Security
Homeland Security Investigations

**File Name Base:** LN001a_Samsung_256GB_SSD_fromHPlaptop
**Verification:** Finished OK
**Verification Sha1:** 16ae 3d75 21c5 a25e 4a37 dbb5 224a 652a aa7e 16a5
**Verification Md5:** 8168 13cd ee26 62df 13ed c065 3e17 87d3

**File Name Base:** LN001b_WD_HDD_1TB
**Verification:** Finished OK
**Verification Sha1:** be54 254a 4c29 56ac 5b93 2ca4 ef7e 953b e176 a05a
**Verification Md5:** 9e11 a878 b36b 5133 8eeb 2b43 aaa0 737e

| Line Item Details | |
| --- | --- |
| Description | LN002 HP Laptop (Blue) |
| Type | Computer |
| Make | HP |
| Model | Pavilion 17-g123ds |
| Serial Number | 5CD5376P4R |
| Country of Origin | Made in China |
| Storage Type | HDD |
| Storage Make | Toshiba |
| Storage Model | MQ01ABD100 |
| Storage Serial Number | 85I7C4IHT |
| Storage COA | Product of Philippines |
| Storage Capacity | 1 TB |
| Acquisition CFA | CFA Antonio Contes |

```
Hash Information
LBA Count:        1953525168
Sector Size:      512
Hash Type:        SHA-1
Source Hash:      82390aa19e09954b70fe67d5e24c6be749ddd4de

Verify Information
Drive 1
Bay:       JX-SYN-PR
LBA Count: 1953525168
Sector Size: 512
Hash Type: SHA-1
Hash:      82390aa19e09954b70fe67d5e24c6be749ddd4de
Result:    Pass

Case Information
Case/File Name:   LN002_HP_LAPTOP_CONSENT_ITEMS_CCSO
Case ID:          CCSO-2024010310
Examiner:         CFA A. Contes
Evidence ID:      LN002 HP Laptop HDD 1TB
Case Notes:
```

| Line Item Details | |
| --- | --- |
| Description | LN003 TCL REVVL Smartphone |
| Type | Smartphone |
| Make | TCL |
| Model | REVVL 4+ 5062Z |
| IMEI | 015727003028272 |
| Serial Number | 9824005 |

42

004996

Department of Homeland Security
Homeland Security Investigations

| | |
|---|---|
| Operating System | Android |
| Country of Origin | Nonvisible |
| Storage Capacity | 64GB |
| Pin/Password | N/A |
| Dialing Number | 1-321-346-3334 |
| SD card | None |
| SD card Serial Number | N/A |
| Acquisition CFA | CFA Antonio Contes |

### Extraction Result Summary

| | |
|---|---|
| Full Filesystem | 2024-08-09 20:57:22.742001 UTC |
| Extraction size | 48.40GB (51965020388 bytes) |
| SHA256 | 29c916f8e62e6c5c88ba661268ff5b959cc6c3077b7e6b6a5a2b2777b6ef07d4 |
| MD5 | 07048e99b4d2a789d03faf0cfce23b0a |

### Line Item Details

| | |
|---|---|
| Description | LN004 TCL Smartphone |
| Type | Smartphone |
| Make | TCL |
| Model | A501DL |
| IMEI | 015293005410927 |
| Serial Number | Not observed |
| Operating System | Android |
| Country of Origin | Made in China |
| Storage Capacity | 16 GB |
| Pin/Password | Not observed |
| Dialing Number | Not observed |
| SD card | None |
| SD card Serial Number | N/A |
| Acquisition CFA | Not Acquired |

### Line Item Details

| | |
|---|---|
| Description | LN005 Samsung Smartphone |
| Type | Smartphone |
| Make | Samsung |
| Model | SM-G386T1 / Galaxy Avant |
| IMEI | 354897064937080 |
| Serial Number | R28FC1FPKXV |
| Operating System | Android |
| Country of Origin | Made in China |
| Storage Capacity | 16 GB |

43

004997

Department of Homeland Security
Homeland Security Investigations

| Pin/Password | none |
|---|---|
| Dialing Number | Not observed |
| SD card | None |
| SD card Serial Number | N/A |
| Acquisition CFA | Manual Review |

| Line Item Details | |
|---|---|
| Description | LN006 Solid State Drive w/ USB |
| Type | SSD |
| Make | OCZ Technology |
| Model | VTX3-25SAT3-120G |
| Serial Number | 025441110027459 |
| Storage Capacity | 120 GB |
| Country of Origin | Made in Taiwan |
| Acquisition CFA | CFA Antonio Contes |

**File Name Base:** LN006_OCZ_Vertex_SSD_120GB
**Verification:** Finished OK
**Verification Sha1:** f7b9 bc41 6602 b4ac 75cb 3a1d 199c 334b 7b88 b5a9
**Verification Md5:** e036 7967 dc47 5cbf daa9 73bf 8c40 6807

| Line Item Details | |
|---|---|
| Description | LN007 External SSD |
| Type | External drive |
| Make | Portable SSD |
| Model | Mobile Storage |
| Serial Number | Nonvisible |
| Storage Capacity | Not observed |
| Country of Origin | Nonvisible |
| Acquisition CFA | Not acquired / error with connection |

| Line Item Details | |
|---|---|
| Description | LN008 External HDD |
| Type | External hard drive |
| Make | Seagate |
| Model | One Touch |
| Serial Number | NABR39EH |
| Storage Capacity | 5TB |
| Country of Origin | Product of Thailand |
| Acquisition CFA | CFA Antonio Contes |

44

004998

Department of Homeland Security
Homeland Security Investigations

**File Name Base:** LN008_Seagate_ExternalHDD_5TB
**Verification:** Finished Ok
**Verification Sha1:** 8656 0154 57aa fa65 1992 dd79 fff8 d003 7bd6 7546
**Verification Md5:** 2e50 d3ca beae 05bc 86e1 b0ec ce19 5763

| Line Item Details | |
|---|---|
| Description | LN009 External HDD |
| Type | External hard drive |
| Make | Seagate |
| Model | One Touch |
| Serial Number | NABR3ELY |
| Storage Capacity | 5TB |
| Country of Origin | Product of Thailand |
| Acquisition CFA | CFA Antonio Contes |

| | |
|---|---|
| Acquisition Hash (MD5) | 27e412fc101c035a67ea5f93613a2ea3 |
| Verification Hash (MD5) | 27e412fc101c035a67ea5f93613a2ea3 [8/13/2024 1:25:43 AM] |
| Acquisition Hash (SHA1) | 14247a6c57e292a9ecc2f914b23a2f6c4bf0eb39 |
| Verification Hash (SHA1) | 14247a6c57e292a9ecc2f914b23a2f6c4bf0eb39 [8/13/2024 1:25:43 AM] |
| Device Size | 4.55 TB (5,000,981,077,504 bytes) |
| Encase Examiner | Antonio Contes |
| Encase Case Number | HILDENBRAND LN004d One Touch Ext HDD |

| Line Item Details | |
|---|---|
| Description | LN010 Toshiba External HDD |
| Type | External hard drive |
| Make | Toshiba |
| Model | Toshiba External USB 3.0 |
| Serial Number | 73STP4L2TSX3 |
| Storage Capacity | 1TB |
| Country of Origin | Made in China |
| Acquisition CFA | CFA Antonio Contes |

```
File name base: LN010_Toshiba_1TB_External_HDD
Verification Status: Finished OK
    Verification Sha1: 3902 72b7 12bf e0c9 813d a859 d203 7697 335f 03e6
    Verification Md5: 14c3 a858 71c1 8122 55e4 59ef 1e5f d15b
```

| Line Item Details | |
|---|---|
| Description | LN011 Toshiba External HDD |
| Type | External hard drive |
| Make | Toshiba |
| Model | Toshiba External USB 3.0 |

45

004999

Department of Homeland Security
Homeland Security Investigations

| Serial Number | 82BPTGKSTSX3 |
| --- | --- |
| Storage Capacity | 1TB |
| Country of Origin | Made in China |
| Acquisition CFA | China |

```
File name base: LN011_Toshiba_ExtHDD_1TB
Verification Status: Finished OK
    Verification Sha1: 9f72 a4e6 ca2e 2a08 4f6b c444 444d 77da 33f9 54ca
    Verification Md5: c7a6 dc29 4833 20f1 3350 0645 21d7 a897
```

| Line Item Details | |
| --- | --- |
| Description | LN012 Seagate External HDD |
| Type | External hard drive |
| Make | Seagate |
| Model | 9ZF2A5-500 FreeAgent GoFlex |
| Serial Number | NA0C8ZCA |
| Storage Capacity | 1 TB |
| Country of Origin | Product of Thailand |
| Acquisition CFA | CFA Antonio Contes |

```
File name base: LN012_Seagate_1TB_ExtHDD
Verification Status: Finished OK
    Verification Sha1: 35b5 a60b 0bb1 726f c078 ddbe 0cad e62d aecf 2c6d
    Verification Md5: 94eb 2305 3238 cd86 6be7 60f8 fb65 7f7e
```

| Line Item Details | |
| --- | --- |
| Description | LN013 Seagate External HDD |
| Type | External hard drive |
| Make | Seagate |
| Model | Backup Plus Desktop Drive |
| Serial Number | NA5JBNNJ |
| Storage Capacity | 3 TB |
| Country of Origin | Product of China |
| Acquisition CFA | CFA Antonio Contes |

```
File name base: LN013_Seagate_Backup+_3TB_ExtHDD
Verification Status: Finished OK
    Verification Sha1: 9ce4 ca14 8d98 58ac 78dc f162 c13f 1cb8 ae86 ae31
    Verification Md5: 28ff 7258 ffd6 6d2b 1b70 b67f 4775 d8c8
```

| Line Item Details | |
| --- | --- |
| Description | LN014 Thumb Drive/Camera |
| Type | Thumb drive |

46

005000

Department of Homeland Security
Homeland Security Investigations

| Make | Nonvisible / lighter shaped |
|---|---|
| Model | "Buildwin Media-Player" |
| Serial Number | Nonvisible |
| Storage Capacity | 32 GB |
| Country of Origin | Nonvisible |
| Acquisition CFA | CFA Antonio Contes |

```
File name base: LN014_LighterShaped_ThumbDriveHiddenCamera
Verification Status: Finished OK
    Verification Sha1: 57cf eb54 4203 abee 2de7 485d 51fc 2916 4cf3 7110
    Verification Md5: f69e 31eb 3979 1024 49e8 6255 9b98 120c
```

| Line Item Details | |
|---|---|
| Description | LN015 Thumb Drive / Camera |
| Type | USB Drive Camera |
| Make | Nonvisible / Generic |
| Model | Black and Silver in color |
| Serial Number | Nonvisible |
| Storage Capacity | 32 GB |
| Country of Origin | Nonvisible |
| Acquisition CFA | CFA Antonio Contes |

```
File name base: LN015_ThumbDrive_Hidden Camera_32GB
Verification Status: Finished OK
    Verification Sha1: 381e e399 533d c051 1f16 e785 75ab 87bb 29f7 6759
    Verification Md5: ed6f 0e5e 7a85 4449 3dfc c94a 8538 c32d
```

**(6051 No. 7188656)**

| Line Item Details | |
|---|---|
| Description | LN001 Motorola Smartphone |
| Type | Smartphone |
| Make | Motorola |
| Model | XT2213-3 / Moto G 5G (2022) |
| IMEI | 357690707185069 |
| Serial Number | ZY22GR988V |
| Operating System | Android |
| Country of Origin | Nonvisible |
| Storage Capacity | 64GB |
| Pin/Password | none |
| Dialing Number | 1 321-458-7883 |
| SD card | None |
| SD card Serial Number | N/A |
| Acquisition CFA | Manual Review |

47

005001

Department of Homeland Security
Homeland Security Investigations

**(FPF No. 2024180300054401)**

| Line Item Details | |
|---|---|
| Description | LN001 Apple iPhone |
| Type | Smartphone |
| Make | Apple |
| Model | iPhone XR [iPhone11,8 N841AP] |
| IMEI | 356437101799579 |
| Serial Number | F2LZK13PKXKW |
| Operating System | iOS |
| Country of Origin | nonvisible |
| Storage Capacity | 128GB |
| Pin/Password | Unknown (6 digit) |
| Dialing Number | 15405394898 |
| SD card | N/A |
| SD card Serial Number | N/A |
| Acquisition CFA | CFA Antonio Contes |

| | |
|---|---|
| Partial BFU Filesystem | 2024-08-27 14:24:42.717001 UTC |
| Extraction size | 42.60GB (42602361084 bytes) |
| SHA256 | 794222b2fb05f2e61d0cdbe6e4baa14a93499532c8b1857ea339366ab6a52d53 |
| MD5 | 5b0357c02359ab8e5dfe13a93a191909 |

**CCSO Acquisition of TCL Stylus 5G Smartphone**

**System Details**
Report Creation Timestamp 2024-08-09 14:07:46
Application Version 7.70.0.180
Resource Version 7.70.304
License Serial 1531678251

**Device Details**
Passcode 2003
Extraction: Full file system | 2024-08-09 11:39:40
Extraction Type File system
Extraction Method Full file system
Extraction Status Success
Extraction Start Time 2024-08-09 11:39:40
Extraction End Time 2024-08-09 14:07:43
File 1 Name EXTRACTION_FFS.zip
File 1 MD5 102FF9F4A1EA23AB9A0E674DDDD530C3
File 1 SHA256 D8211D703427F797D6FCE7057EB4D27DC9BD2BD2CC25BA59BE
B0F051A0B8CF10

005002

Department of Homeland Security
Homeland Security Investigations

| General | |
|---|---|
| Advertising ID #1 | 12627776-4352-41f2-975b-211738a834e8 |
| Chipset | MT6833V/NZA |
| Android ID | 98104a4d6a7c491e |
| Bluetooth device address | B4:69:5F:2B:3C:E7 |
| Bluetooth device name | TCL Stylus 5G |
| Carrier Name | Searching |
| Detected Phone Model | T779W |
| Detected Phone Vendor | TCL |
| Locale language | en-US |
| Location Services Enabled | True |
| Mock locations allowed | False |
| OS Version | 12 |
| DeviceInfoSecurityPatchLevel | 2023-01-01 |
| DeviceModel | TCL Stylus 5G |
| ICCID | 8901260664978955754 |
| IMEI1 | 016099000381511 |
| IMEI2 | 016099000381511 |
| IMSI | 310260667895575 |
| Model | T779W |
| MSISDN | 13212651504 |
| OS | Android 12 |
| SecurityPatchLevel | 2023-01-01 |
| Vendor | TCL |

## Hardware Information

**Imager App:** TX1
**Imager Version:** 24.1.0
**TX1 Serial:** 000ecc58018058

| Name | Tableau Forensic USB 3.0 Bridge T8u |
|---|---|
| Manufacturer | OpenText/Guidance |
| Serial Number | 2308106B |
| Firmware | Updated May 2024 |
| Drive Interface | USB Flash Drive |
| Host Interface | USB |

| | |
|---|---|
| **Vendor:** | Logicube |
| **Product:** | Falcon-Neo |
| **Software Version:** | 3.3 |
| **Build Date:** | Jul 08, 2021 13:38:46 PDT |
| **Unit Serial Number:** | 175324 |
| **Time (Local):** | 10:35:41 (EDT -0400) |
| **Date:** | Aug 12, 2024 |

**T35u Tableau Forensic Data Bridge
SN: 7535C17F**

**Peer Reviewed: SA James C. Greenmun**

**Attachments:**

1. **Examiner Bookmarks**

49

005003