# EXHIBIT 1

*Clay County Sheriff`s Office*                                                                OCA: **2024010310**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CBA*          **Case Mng Status:** *CLOSED BY ARREST*          **Occurred:** *05/14/2024*

**Offense:** *VIO OF FSS CH 847 - OBSCENITY*

---

**Investigator:** *PENA, A. D. (07420)*                **Date / Time:** *08/19/2024 14:12:10, Monday*

**Supervisor:** *JOHNSON, J. M. (07201)*          **Supervisor Review Date / Time:** *08/22/2024 13:58:46, Thursday*

**Contact:**                                                    **Reference:** *Evidence Collection*

---

On 8/09/2024, at approximately 1130 hours, I began to forensically process a TCL smartphone (IMEI 016099000381511) in reference to the content being digital forensic evidence. While conducting a search, child exploitation was discovered and further analysis resumed after a second warrant on 8/14/24. The evidence was retrieved from the Digital Forensic charging cabinet in reference to an ICAC (internet crimes against children) case. The evidence contained a TCL smartphone, an evidence submission form with chain of custody, evidence processing form, and two signed search warrant for the device listed above.

I placed the device into the faraday box to place the device into airplane mode to prevent data from being manipulated. I verified that the time on the device matches the approximate time for US Eastern time zone. I then used the UFED/Cellebrite to process the device. I made a forensic image of the devices I then used the UFED Physical Analyzer version 10.3 to review the forensic image. I made a Full File system extraction using Cellebrite of the Motorola phone. I constructed a UFED report of the extraction using Cellebrite.

While reviewing the evidence, multiple child exploitation images and video were discovered on the device. The images and videos were identified by Detective Ellis as the defendant`s prepubescent child being exploited and the defendant`s wife in some of the images as well assisting in the exploitation. The child was posed in multiple positions where the camera would focus on the penis or anus of the child. The child is typically wearing a green Minecraft pajama suit in most of the images. One of the images depicts where the child would also be bent over on his hands and knees with the camera capturing towards the buttocks end of the child and focused in on the buttocks area. There were also images of an adult`s hand helping the child pull his underwear down as the child holds his penis towards the camera. There are also images of the child laying on its side and the camera taking a picture of the child`s buttocks spread open by an adult`s hand and a photograph of the child`s anus and penis. There is a video of the child stroking his penis with the camera making the penis the focus of the whole frame. There is an image of the child hiding his face under clothing and an adult using his hand to stretch the child`s buttocks hole slightly to expose the child further. There were images of the child`s mother sitting behind the child as the child lays on her with his back and the child completely nude spreads his legs towards the camera exposing his penis and buttocks. The mother of the child also assists the legs to stay open from behind the child with her hands. There are images of the child`s mother spreading her legs for the camera and at the bottom of the photo you can see two small hands help keep the legs spread open. The left arm of the small hand appears to be wearing a green sleeve that is consistent with the child wearing a Minecraft hoodie in other exploitation material. There are multiple images and videos of the same child being exploited but the content above is to note for this case. The content had dates ranging between January of 2024 to July 2024.

Other content that is to note is there were two videos of a prepubescent female child that is clothed playing video games with the camera appearing to be obscured and zoomed in to the child. There are also three downloaded images

---

_____ Investigator Signature                              _____ Supervisor Signature

005418

*Clay County Sheriff`s Office*                                    OCA: ***2024010310***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CBA*          **Case Mng Status:** *CLOSED BY ARREST*          **Occurred:** *05/14/2024*

**Offense:** *VIO OF FSS CH 847 - OBSCENITY*

---

**Investigator:** *PENA, A. D. (07420)*                **Date / Time:** *08/19/2024 14:12:10, Monday*

**Supervisor:** *JOHNSON, J. M. (07201)*        **Supervisor Review Date / Time:** *08/22/2024 13:58:46, Thursday*

**Contact:**                                                **Reference:** *Evidence Collection*

---

of children and adults nude on a beach.

There was also web history of File Sharing that was searched. File sharing  allows a user to share files or download them from other content providers.

The TCL had multiple identifiers associated to the device. The following is the identifiers discovered:

Facebook Messenger
Frederick Hildenbrand

Nintendo
lowincomefamily@gmail.com

Google
lowincomefamily@gmail.com

Walmart
lowincomefamily@gmail.com

Amazon
lowincomefamily@gmail.com

Drop Box
lowincomefamily@gmail.com

Fidelity
Erin Hildenbrand

There were multiple photos of the defendant on the device and photos of the defendant`s and his wife`s Florida identification card and Florida Driver`s license.

Cellebrite processed 949 images and 6 videos of CSAM production files from the TCL that were tagged. There were also nine potential files that were potential child exploitation material. All together there were a total of 996 tagged items that were tagged as potential evidence in this case.

---

Investigator Signature                                    Supervisor Signature

*Supplements [Edit]*                                                                                    Page 2

*Clay County Sheriff`s Office*                                                    OCA: **2024010310**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CBA*              **Case Mng Status:** *CLOSED BY ARREST*          **Occurred:** *05/14/2024*

**Offense:** *VIO OF FSS CH 847 - OBSCENITY*

---

**Investigator:** *PENA, A. D. (07420)*                        **Date / Time:** *08/19/2024 14:12:10, Monday*

**Supervisor:** *JOHNSON, J. M. (07201)*          **Supervisor Review Date / Time:** *08/22/2024 13:58:46, Thursday*

**Contact:**                                                      **Reference:** *Evidence Collection*

---

The Cellebrite extraction and Cellebrite report were too large to fit onto a disk and was placed onto the Digital Forensic server to retain a copy.

This supplement is for assist/documentation purposes.

In accordance to Chapter 938 of the Florida state statute the total documented cost recovery time for my part of this investigation is 80 hours X $32.00/hour = $2560.00.

---

Investigator Signature                                    Supervisor Signature

*Supplements [Edit]*                                                          Page 3

005420