UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 3:24-cr-187(S2)-WWB-LLL

FREDERICK HILDENBRAND


**GOVERNMENT'S WITNESS LIST**

The United States of America, by Gregory W. Kehoe, United States

Attorney for the Middle District of Florida, respectfully submits the following list of

witnesses that it expects to call at trial in this case:

1.     Christine Weatherby;

2.     William Godwin;

3.     Sara Hernandez;

4.     Thomas Shimko;

5.     Erin Hildenbrand;

6.     Special Agent Benjamin Luedke, Homeland Security Investigations;

7.     Computer Forensic Analyst Antonio Contes, Homeland Security Investigations;

8.     Task Force Officer Anthony Pena, Homeland Security Investigations;

9.     Detective David Mancini, Baker County Sheriff's Office;

10.     Detective Eva Solis, Clay County Sheriff's Office; and

11.     Detective Ryan Ellis, Clay County Sheriff's Office.

The government reserves the right to call additional witnesses, if necessary.


Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     *s/ Laura Cofer Taylor*
        LAURA COFER TAYLOR
        Assistant United States Attorney
        USA No. 170
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone:     (904) 301-6300
        Facsimile:     (904) 301-6310
        E-mail: Laura.C.Taylor@usdoj.gov

2