UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

                        CASE NO.     3:24-cr-187-WWB-LLL-1

v.

FREDERICK HILDENBRAND

_____/

## **DEFENDANT'S WITNESS LIST**

The Defendant, FREDERICK HILDENBRAND, by and through his undersigned counsel, and respectfully submits the following list of witnesses that it expects to call at trial in this case:

1.     Erin Hildenbrand

2.     Detective P. Noland, Cocoa Police Department

3.     Special Agent Benjamin Luedke, HSI

4.     Detective Ryan Ellis, Clay County Sheriff's Office

Respectfully submitted,

**/s/ Patrick K. Korody_____**
Patrick K. Korody, Esq.
Florida Bar No. : 0107361
630 W. Adams Street, Suite 208
Jacksonville, FL 32204
Telephone: (904) 383-7261
Facsimile:  (904) 204-9548
Email: patrick@korodylaw.com