UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,          Case No. 3:24-cr-187(S2)-WWB-LLL

    Plaintiff,　　　□
    Government　　　☒　　　□ Evidentiary
    　　　　　　　　　　　　☒ Trial
    　　　　　　　　　　　　□ Other

  v.

FREDERICK KARL HILDENBRAND

    Defendant　　　□

## **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | Weatherby | We Stor lease agreement dated September 11, 2018 (bates 861-69) |
| 2 | | | Weatherby | We Stor returned mail (bates 870) |
| 3 | | | Weatherby | Mailings from F. Hildenbrand to We Stor (bates 871-73) |
| 4 | | | Weatherby | Extra Storage Account Notes (bates 847-48) |
| 5 | | | Weatherby | Extra Storage account ledger (bates 860) |
| 6 | | | Weatherby | Storage unit payment receipt dated February 15, 2024 (bates 853) |
| 7 | | | Weatherby | Storage Express status record (bates 875-76) |
| 7a | | | Godwin/ Weatherby | Storage unit auction photos (bates 6875; 6877-84; 6876) |
| 8 | | | Ellis | Subscriber information for 321-265-1504 (bates 4776) |
| 9 | | | Ellis | Undercover texts to F. Hildenbrand (bates 880-88) |

Case No.:    3:24-cr-187(S2)-WWB-LLL                    Page 2 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 10 | | | Weatherby | Controlled call on July 26, 2024 (bates 914) |
| 10a | | | Weatherby | Transcript of Exhibit 10 (bates 6828-40) |
| 11 | | | Ellis | Controlled call on July 31, 2024 (bates 915) |
| 11a | | | Ellis | Transcript of Exhibit 11 (bates 6841-65) |
| 12 | | | Ellis | Controlled call on August 1, 2024 (bates 916) |
| 12a | | | Ellis | Transcript of Exhibit 12 (bates 6866-70) |
| 13 | | | Ellis | Controlled call on August 4, 2024 (bates 917) |
| 13a | | | Ellis | Transcript of Exhibit 13 (bates 6871-73) |
| 14a | | | Noland | Cocoa Police body camera footage video 1 (bates 5450 from 4:50-5:25) |
| 14b | | | Noland | Cocoa Police body camera footage video 2 (bates 5452) |
| 15 | | | Godwin/ Mancini/Ellis | Photos of items in safe (bates 813, 805-09, 5204, 5209, 811, 821-22, 824, 823) |
| 15a | | | Ellis | Mini DV tape labeled "[MV]'s bath when she had the bruises" (Item E) **contraband** |
| 15a.1 | | | Ellis | Photos of Mini DV tape labeled "[MV]'s bath when she had the bruises" (bates 5222-23) |
| 15a.2 | | | Contes | Digitized contents of Mini DV tape labeled "[MV]'s bath when she had the bruises" **contraband** |
| 15a.3 | | | Contes | Sanitized still from digitized contents of Mini DV tape labeled "[MV]'s bath when she had the bruises" (bates 6818) **sensitive** |

Case No.:    3:24-cr-187(S2)-WWB-LLL                    Page 3 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 15a.4 | | | Contes | Audio from Mini DV tape labeled "[MV]'s bath when she had the bruises" (bates 6906) |
| 15b | | | Ellis | Mini DV tape labeled "[MV] on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo" (Item F) **contraband** |
| 15b.1 | | | Ellis | Photos of Mini DV tape labeled "[MV] on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo" (bates 5224-25) |
| 15b.2 | | | Contes | Digitized contents of Mini DV tape labeled "[MV] on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo" **contraband** |
| 15b.3 | | | Contes | Sanitized still from digitized contents of Mini DV tape labeled "[MV] on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo" **sensitive** |
| 15b.4 | | | Contes | Audio from Mini DV tape labeled "[MV] on 10/15/07 2yrs + 8 months old Birthday on 2/28/07 He'll be 3yo" (bates 6907) |
| 15c | | | Ellis | Mini DV tape labeled "[MV] # [MV] 3/26/06 1st birthday" (Item L) **contraband** |
| 15c.1 | | | Ellis | Photos of Mini DV tape labeled "[MV] # [MV] 3/26/06 1st birthday" (bates 5236-43) |
| 15c.2 | | | Contes | Digitized contents of Mini DV tape labeled "[MV] # [MV] 3/26/06 1st birthday" **contraband** |
| 15c.3 | | | Contes | Sanitized still from digitized contents of Mini DV tape labeled "[MV] # [MV] 3/26/06 1st birthday" **sensitive** |

Case No.:     3:24-cr-187(S2)-WWB-LLL                           Page 4 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 15c.4 | | | Contes | Audio from "[MV] # [MV] 3/26/06 1st birthday" (bates 6912) |
| 15d | | | Ellis | Mini DV tape labeled "Moms foot Cedar Point [MV] + [MV]'s bath July '03" (Item O) **contraband** |
| 15d.1 | | | Ellis | Photos of Mini DV tape labeled "Moms foot Cedar Point [MV] + [MV]'s bath July '03" (bates 5256-58) |
| 15d.2 | | | Contes | Digitized contents of Mini DV tape labeled "Moms foot Cedar Point [MV] + [MV]'s bath July '03" **contraband** |
| 15d.3 | | | Contes | Sanitized still from digitized contents of Mini DV tape labeled "Moms foot Cedar Point [MV] + [MV]'s bath July '03" **sensitive** |
| 15d.4 | | | Contes | Audio from "Moms foot Cedar Point [MV] + [MV]'s bath July '03" (bates 6913) |
| 15e | | | Ellis | Mini DV tape labeled "[MV] Masturbating Herself" (Item P) **Count One**) **contraband** |
| 15e.1 | | | Ellis | Photos of Mini DV tape labeled "[MV] Masturbating Herself" (bates 5260-62) |
| 15e.2 | | | Contes | Digitized contents of Mini DV tape labeled "[MV] Masturbating Herself" **contraband** |
| 15e.3 | | | Contes | Sanitized stills from digitized contents of Mini DV tape labeled "[MV] Masturbating Herself" **sensitive** |
| 15e.4 | | | Contes | Audio from "[MV] Masturbating Herself" (bates 6914) |
| 15.f | | | Ellis | Fujifilm Mini DV tape etched with code MDV60 D ZQ16 (Item Q) **contraband** |

Case No.:    3:24-cr-187(S2)-WWB-LLL                     Page 5 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 15f.1 | | | Ellis | Photos of Fujifilm Mini DV tape etched with code MDV60 D ZQ16 (bates 5267-70) |
| 15f.2 | | | Contes | Digitized contents of Fujifilm Mini DV tape etched with code MDV60 D ZQ16 **contraband** |
| 15f.3 | | | Contes | Sanitized stills from digitized contents of Fujifilm Mini DV tape etched with code MDV60 D ZQ16 **sensitive** |
| 15f.4 | | | Contes | Audio from Fujifilm Mini DV tape etched with code MDV60 D ZQ16 (bates 6915) |
| 15g | | | Ellis | Fujifilm Mini DV tape etched with code 60 16-IBPC (Item T) **contraband** |
| 15g.1 | | | Ellis | Photos of Fujifilm Mini DV tape etched with code 60 16-IBPC (bates 5281, 5284) |
| 15g.2 | | | Contes | Digitized contents of Fujifilm Mini DV tape etched with code 60 16-IBPC **contraband** |
| 15g.3 | | | Contes | Sanitized stills from digitized contents of Fujifilm Mini DV tape etched with code 60 16-IBPC **sensitive** |
| 15g.4 | | | Contes | Audio from Fujifilm Mini DV tape etched with code 60 16-IBPC (bates 6916) |
| 15h | | | Ellis | SanDisk 32GB thumb drive (Item LN001a) **contraband** |
| 15h.1 | | | Ellis | Photo of SanDisk 32GB thumb drive (bates 6908-09) |
| 15h.2 | | | Contes | Folder structure of SanDisk 32GB thumb drive (bates 5472-75) |
| 15h.3 | | | Contes | Profile Pic.png (bates 5423) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 15h.4 | | | Contes | DSCN8024.JPG (**Count Two**) **contraband** |
| 15h.4a | | | Mancini/Contes | Sanitized version of DSCN8024.JPG **sensitive** |
| 15h.4b | | | Contes | File data associated with DSCN8024.JPG (bates 5476) |
| 15h.5 | | | Contes | DSCN1429.MOV (**Count Three**) **contraband** |
| 15h.5a | | | Contes | Sanitized still from DSCN1429.MOV **sensitive** |
| 15h.5b | | | Contes | Audio from file titled "DSCN1429.MOV" (bates 4882) |
| 15h.5c | | | Contes | File data associated with DSCN8024.JPG (bates 5477) |
| 16 | | | Ellis | TCL REVVL 4 (LN003) **contraband** |
| 16a | | | Ellis | Photos of TCL REVVL 4 (bates 6521-36; 6539; 6541, 7045) |
| 16b | | | Contes | F. Hildenbrand driver license photo (IMG_20220527_174918.jpg) (bates 5433) |
| 16c | | | Contes | List of accounts (bates 5434) |
| 16d | | | Contes | VID_20220525_201514.mp4 (**Count Four**) **contraband** |
| 16d.1 | | | Contes | Audio from VID_20220525_201514.mp4 (bates 6917) |
| 16d.2 | | | Contes | File data associated with VID_20220525_201514.mp4 (bates 6105-06) |
| 16e | | | Contes | VID_20220616_123828.mp4 (**Count Five**) **contraband** |
| 16e.1 | | | Contes | Sanitized still from VID_20220616_123828.mp4 **sensitive** |

Case No.:    3:24-cr-187(S2)-WWB-LLL                    Page 7 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 16e.2 | | | Contes | Metadata for 16e.1 and additional photos from splash pad (bates 6378-84) |
| 17 | | | Ellis/Noland | HP Pavilion 17-g123ds Laptop (Item LN002) **contraband** |
| 17a | | | Ellis | Photos of HP Pavilion 17-g123ds Laptop (Item LN002) (bates 6480; 6504-05; 6510; 6513; 6515; 6517; 6520) |
| 17b | | | Contes | DSCN0066.JPG (redacted) (bates 5425) |
| 17c | | | Contes | TOR links 06-23.txt (bates 4936-48) |
| 17d | | | Contes | AI notes (bates 4899-912) |
| 17e | | | Contes | My Links (bates 4913-19) |
| 17f | | | Contes | Password File x.txt (bates 4920-23) |
| 17g | | | Contes | Poem 1.txt (bates 4924-26) |
| 17h | | | Contes | Poem.txt (bates 4927-28) |
| 17i | | | Contes | SexyCute.txt (bates 4929-35) |
| 17j | | | Contes | SexyCute file list (bates 6824-27) |
| 17k | | | Contes | Addy1.mp4 **contraband** |
| 17k.1 | | | Contes | Sanitized version of Addy1.mp4 **sensitive** |
| 18 | | | Ellis | Photos of minivan (bates 895, 897, 899) |
| 19 | | | Ellis | TCL Stylus 5g smartphone **contraband** |
| 19a | | | Ellis | Photos of TCL Stylus 5g smartphone (bates 6910-11, 7044) |
| 19b | | | Pena | IMG_20240221_201313.jpg (**Count Six**) **contraband** |
| 19b.1 | | | Pena | Sanitized version of IMG_20240221_201313.jpg **sensitive** |

Case No.:    3:24-cr-187(S2)-WWB-LLL                    Page 8 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 19b.2 | | | Pena | File data for IMG_20240221_201313.jpg (bates 7040) |
| 19c | | | Pena | IMG_20240331_220740.jpg (**Count Seven**) **contraband** |
| 19c.1 | | | Pena | Sanitized version of IMG_20240331_220740.jpg **sensitive** |
| 19c.2 | | | Pena | File data for IMG_20240331_220740.jpg (bates 7041) |
| 19d | | | Pena | IMG_20240602_130436.jpg (**Count Nine**) **contraband** |
| 19d.1 | | | Pena | Sanitized version of IMG_20240602_130436.jpg **sensitive** |
| 19d.2 | | | Pena | File data for IMG_20240602_130436.jpg (bates 7042) |
| 19e | | | Pena | IMG_20240618_203002.jpg (**Count Ten**) **contraband** |
| 19e.1 | | | Pena | Sanitized version of IMG_20240618_203002.jpg **sensitive** |
| 19e.2 | | | Pena | File data for IMG_20240618_203002.jpg (bates 7043) |
| 19f | | | Pena | Composite of attribution information from TCL Stylus (bates 6388-412) |
| 20 | | | Ellis/Noland | Seagate 5TB hard drive (Item LN009) **contraband** |
| 20a | | | Ellis | Photos of Seagate 5TB hard drive (bates 6446-47, 6449) |
| 20b | | | Contes | DSCN1429.mov **contraband** |
| 20b.1 | | | Contes | Sanitized still from of DSCN1429.mov **sensitive** |

Case No.:     3:24-cr-187(S2)-WWB-LLL                          Page 9 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 21 | | | Ellis/Noland | Lighter Spy Cam/Thumb Drive (Item LN014) **contraband** |
| 21a | | | Ellis | Photos of Lighter Spy Cam/Thumb Drive (bates 6470-74, 7046-48) |
| 21b | | | Contes | Physical Sector 55454208 **contraband** |
| 21b.1 | | | Contes | Sanitized version of Physical Sector 55454208 **sensitive** |
| 22 | | | Luedke | Frederick_Hildenbrand@hotmail.com subscriber information (bates 933) |
| 23 | | | Luedke | cyber_marauder@yahoo.com subscriber information (bates 4861) |
| 24 | | | Luedke | Letter from Frederick Hildenbrand to Laura Cofer Taylor (bates 5289-5300) |
| 25 | | | Valdez | Clay County Sheriff's Office body camera footage (bates 6885 from :58-4:50) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case No.:    3:24-cr-187(S2)-WWB-LLL                          Page 10 of 10 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  |  |