UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.  3:24-cr-187-WWB-LLL-1

v.

**FILED IN OPEN COURT**
JACKSONVILLE, FLORIDA
5/20/2026

FREDERICK HILDENBRAND

_____/

U.S. DISTRICT COURT
**DEFENDANT'S EXHIBIT LIST**  MIDDLE DISTRICT OF FLORIDA  *CKS*

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 5/19/26 | 5/19/26 | P. Noland | Body Worn Camera clip from 8/5/2024 |
| 2 | | | | |
| 3 | | | | |

Respectfully submitted,

KORODY LAW, PA

*Patrick Korody*

_____

PATRICK K. KORODY, ESQUIRE
Florida Bar No. : 0107361
630 W. Adams Street, Ste 208
Jacksonville, FL 32204
Telephone: (904) 383-7261
Facsimile:  (904) 204-9548
Email: patrick@korodylaw.com
Attorney for Defendant